# Exhibit 2

OMB No. 1121-0329
Approval Expires 02/28/2027

# OVC FY25 Victims of Crime Act (VOCA) Victim Assistance Formula Grant

Total Amount To Be Awarded Under This Funding Opportunity: $1,267,586,252.00

Anticipated Award Ceiling: See VOCA Formula Allocation Chart

Anticipated Period of Performance Duration: 48 months

Funding Opportunity Number: O-OVC-2025-172428

Deadline to submit SF-424 in Grants.gov: **August 15, 2025 by 11:59 p.m. Eastern Time**

Deadline to submit application in JustGrants: **August 20, 2025 by 8:59 p.m. Eastern Time**



# CONTENTS

Basic Information........................................................................................................ 3

Eligibility.................................................................................................................. 7

Program Description .................................................................................................. 8

Application Contents, Submission Requirements, and Deadlines...............11

Application Review ...................................................................................................20

Award Notices...........................................................................................................21

Post-Award Requirements and Administration ...............................................22

Other Information......................................................................................................24

Application Checklist...............................................................................................25

Case 1:25-cv-00404 Document 1-2 Filed 08/18/25 Page 4 of 27 PageID #: 79

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Application Requirements | Contact Information | Application Checklist



# BASIC INFORMATION

The U.S. Department of Justice (DOJ), Office of Justice Programs (OJP), Office for Victims of Crime (OVC) is accepting applications for funding in response to this notice of funding opportunity (NOFO).

| Agency Name | U.S. Department of Justice<br>Office of Justice Programs<br>Office for Victims of Crime |
|---|---|
| NOFO Title | OVC FY25 VOCA Victim Assistance Formula Grants Program |
| Announcement Type | Initial |
| Funding Opportunity Number | O-OVC-2025-172428 |
| Assistance Listing Number | 16.575 |

## Executive Summary

This funding opportunity seeks applications for funding under the fiscal year (FY) 2025 VOCA Victim Assistance Formula Grant Program. Under this program, the states provide subgrants to local community-based organizations and public agencies that provide services directly to crime victims, such as crisis counseling, telephone and onsite information and referrals, criminal justice support and advocacy, shelter, therapy, and additional assistance. Please see the Eligible Applicants section for the eligibility criteria.

OJP is committed to advancing work that furthers DOJ's mission to uphold the rule of law, to keep our country safe, and to protect civil rights. OJP provides federal leadership, funding, and other critical resources to directly support law enforcement, combat violent crime, protect American children, provide services to American crime victims, and address public safety challenges, including human trafficking and the opioid crisis.

## Key Dates and Times

| Funding Opportunity Release Date | July 21, 2025 |
|---|---|
| SAM.gov Registration/Renewal | Recommend beginning the process immediately and no later than August 1, 2025. |
| Step 1: Grants.gov Application Deadline | 11:59 p.m. Eastern Time on August 15, 2025 |
| Step 2: JustGrants Application Deadline | 8:59 p.m. Eastern Time on August 20, 2025 |
| Award Notification Date | Generally by September 30 |

Case 1:25-cv-00404  Document 1-2  Filed 08/18/25  Page 5 of 27 PageID #: 80

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Request Requirements | OJP Information | Application Checklist

## Funding Details

**Total Amount To Be Awarded Under This Funding Opportunity:** $1,267,586,252.00

**Anticipated Number of Awards:** 56

**Anticipated Award Ceiling:** See VOCA Formula Allocation Chart

**Anticipated Period of Performance Start Date:** October 1, 2024

**Anticipated Period of Performance Duration:** 48 months

## Availability of Funds

This funding opportunity, and awards under this funding opportunity, are subject to the availability of funding and any changes or additional requirements that may be imposed by the agency or by law. In addition, nothing in this NOFO is intended to, nor does it, create any right or benefit–substantive or procedural–enforceable at law or in equity by any party against the United States or its departments, agencies, entities, officers, employees, agents, or any other person.

## Statutory Authority

34 U.S.C. § 20103(a)

## Agency Contact Information

For assistance with the requirements of this funding opportunity:

**OJP Response Center**
Phone: 800-851-3420 or 202-353-5556 (TTY for hearing-impaired callers only)
Email: OJP.ResponseCenter@usdoj.gov
Hours of operation: 9:00 a.m. to 5:00 p.m. Eastern Time (ET) Monday–Friday.

For assistance with **SAM.gov** (registration/renewal):

**SAM.gov Help Desk**
Phone: 866-606-8220
Web: SAM.gov Help Desk (Federal Service Desk)
Hours of operation: 8:00 a.m. to 8:00 p.m. ET Monday–Friday

For assistance with **Grants.gov** (registration, submission of the Application for Federal Assistance SF-424):

**Grants.gov Customer Support Hotline**
Phone: 800-518-4726, 606-545-5035
Email: support@grants.gov
Web: Grants.gov Customer Support
Hours of operation: 24 hours a day, 7 days a week, except on federal holidays

For assistance with **JustGrants** (registration, submission of full application):

**JustGrants Service Desk**
Phone: 833-872-5175
Email: JustGrants.Support@usdoj.gov
Hours of operation: 7:00 a.m. to 9:00 p.m. ET Monday–Friday and 9:00 a.m. to 5:00 p.m. ET on Saturday, Sunday, and federal holidays.

For procedures related to unforeseen technical issues beyond the control of the applicant that impact submission by the deadlines, see Experiencing Technical Issues Preventing Submission of an Application (Technical Waivers).

## Resources for Applying

**Pre-Application Video:** A pre-recorded, on-demand video about this NOFO is available for applicants on OVC's Funding Webinars page. Please submit any questions to askovc@ncjrs.gov with the subject "OVC FY25 Victims of Crime Act (VOCA) Victim Assistance Formula Grant."

Case 1:25-cv-00404   Document 1-2   Filed 08/18/25   Page 7 of 27 PageID #: 82

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Post Award Requirements | Other Information | Application Checklist

**OJP Grant Application Resource Guide**: Referred to as the "Application Resource Guide" throughout the NOFO, this resource provides guidance to help applicants for OJP funding prepare and submit their applications.

**JustGrants Application Submission Training Webpage:** Offers helpful information and resources on the grant application process.

**Note:** If this NOFO requires something different from any guidance provided in the Application Resource Guide, the difference will be noted in this NOFO and the applicant should follow the guidance in this NOFO.

Basic Information  Eligibility  Program Description  Application Submission  Application Review  Federal Award Notices  Post-Award Requirements  Other Information  Application Checklist



# ELIGIBILITY

## Eligible Applicants

The types of entities that are eligible to apply for this funding opportunity are listed below:

**Government Entities**
- State governments

**State Government Entities:** For the purposes of this NOFO, "state" means any state of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the U.S. Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands.

## Cost Sharing/Match Requirement

For this opportunity, match **is not** required at the recipient level. Match is required at the subrecipient level for most subrecipient projects. See 28 C.F.R. 94.118.

# PROGRAM DESCRIPTION

## General Purpose of the Funding

Under the FY 2025 VOCA Victim Assistance Formula Grant Program, states provide subgrants to local community-based organizations and public agencies that provide services directly to crime victims, such as crisis counseling, telephone and onsite information and referrals, criminal justice support and advocacy, shelter, therapy, and additional assistance. All states and most territories receive an annual VOCA victim assistance grant. For FY 2025, the amount available to OVC for obligation from the Crime Victims Fund is $1,900,000,000. Of this amount, $1,267,586,252 is allocated by the VOCA formula to victim assistance grants. Each state, the District of Columbia, the U.S. Virgin Islands, and Puerto Rico receive a base amount of $500,000. The territories of the Northern Mariana Islands, Guam, and American Samoa each receive a base amount of $200,000. Additional funds are distributed to states and territories based on population according to the U.S. Census Bureau.

Each applicant in the award acceptance process in JustGrants must agree to the following award condition, which satisfies the VOCA requirements at 34 U.S.C. § 20103(a)(2), and 34 U.S.C. § 20110(h), that states make certain certifications.

## VOCA Requirements

The recipient assures that the State and its subrecipients will comply with the conditions of the Victims of Crime Act of 1984, sections 1404(a)(2), and 1404(b)(1) and (2), 34 U.S.C. § 20103(a)(2) and (b)(1) and (2) (and the applicable program guidelines and regulations), as required. Specifically, the State certifies that funds under this award will—

    a. be awarded only to eligible victim assistance organizations, 34 U.S.C. § 20103(a)(2);

    b. not be used to supplant State and local public funds that would otherwise be available for crime victim assistance, 34 U.S.C. § 20103(a)(2), or for administering the state victim assistance program, 34 U.S.C. § 20110(h); and

    c. be allocated in accordance with program guidelines or regulations implementing 34 U.S.C. § 20103(a)(2)(A) and 34 U.S.C. § 20103(a)(2)(B) to, at a minimum, assist victims in the following categories: sexual assault, child abuse, domestic violence, and underserved victims of violent crimes as identified by the State.

Award funds will be used only to provide services to victims of crime, except for a maximum of 5 percent that may be used for administration and training. See 34 U.S.C. § 20103(b)(3), 28 C.F.R. 94.107.

States and territories have the sole discretion to determine which organizations will receive subawards, subject to the requirements of VOCA, the Victim Assistance Program Rule at 28 C.F.R. part 94, subpart B, government-wide grant rules at 2 C.F.R. part 200 (as adopted by DOJ), and the DOJ Grants Financial Guide.

The VOCA Victim Assistance Program Rule describes the program requirements and types of programs and activities that states and territories are able to support with VOCA Assistance grant funds. Questions and answers regarding the Rule and the VOCA Assistance Program are

Case 1:25-cv-00404 Document 1-2 Filed 08/18/25 Page 10 of 27 PageID #: 85

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Post-Award Requirements | Federal Award Information | Application Checklist

available on the OVC website at https://ovc.ojp.gov/program/victims-crime-act-voca-administrators/victim-assistance/vocapedia.

Applicants should refer to Application Contents, Submission Requirements, and Deadlines: Budget Detail Form for information on allowable and unallowable costs that may inform the development of their project design.

## Unallowable Use of Funds

The activities listed below are out of the program scope and will not be funded.

1. Any program or activity that, directly or indirectly, violates (or promotes or facilitates the violation of) federal immigration law (including 8 U.S.C. § 1373) or impedes or hinders the enforcement of federal immigration law—including by failing to comply with 8 U.S.C. § 1373, give access to DHS agents, or honor DHS requests and provide requested notice to DHS agents.

2. Any program or activity that violates any applicable Federal civil rights or nondiscrimination law. This includes violations that (1) indirectly violate the law, including by promoting or facilitating violations, or (2) unlawfully favor individuals in any race or protected group, including on a majority or minority, or privileged or unprivileged, basis, within a given area, population, or sector.

## Program Goals and Objectives

**Goal 1: To improve the treatment of victims of crime by providing victims with the assistance, support, and services necessary to aid their restoration and healing after a criminal act.**

Objectives of the OVC VOCA Victim Assistance Formula Grant Program are the following:

- **Objective 1:** Support state and territory crime victim assistance programs.
- **Objective 2:** Provide subgrants to local community-based organizations and public agencies that provide services to crime victims.

## How Awards Will Contribute to Program Goals/Objectives

States and territories shall use funds to support eligible crime victim assistance programs that provide support services to crime victims, retaining up to 5 percent of their total grant for administrative and training purposes.

## Expected Outcomes: Deliverables and Performance Measures

To achieve the goals and objectives of this funding opportunity, OJP has identified expected deliverables that must be produced by a recipient. OJP has also identified performance measures (pieces of data) that will indicate how a recipient is achieving the performance goals and objectives identified above. Recipients will need to collect and report this performance measure data to OJP.

OJP will measure success by reviewing a recipient's submission of performance reports and data and the extent to which project implementation reflects progress toward the goals and objectives of this NOFO.

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Post-Award Requirements | Contact Information | Application Checklist

Case 1:25-cv-00404 Document 1-2 Filed 08/18/25 Page 11 of 27 PageID #: 86

## Deliverables

Recipients under this funding opportunity do not need to submit any deliverables other than the standard Post-Award Requirements and Administration.

## Performance Measures

OJP will require each award recipient to submit regular performance reports that communicate progress toward achieving the goals and objectives identified in Program Goals and Objectives. Applicants can visit OJP's performance measurement page for more information on performance measurement activities.

A list of performance measure questions for this funding opportunity can be found at VOCA Victim Assistance Performance Measures.

OVC will require award recipients to submit quarterly performance measure data in the Performance Measurement Tool (PMT) and separately submit an annual performance report in JustGrants. A list of resources and trainings can be found on OVC's Victim Assistance Performance Measures webpage. OVC will provide further guidance on the post-award submission process, if the applicant is selected for award.

## Funding Instrument

OJP expects to make awards under this funding opportunity as grants. See the "Administrative, National Policy, and Other Legal Requirements" section of the Application Resource Guide for a brief discussion of important statutes, regulations, and award conditions.

## Cost Sharing/Match Requirements

This funding opportunity does not require a match at the recipient level. Match is required at the subrecipient level for most subrecipient projects. See 28 C.F.R. 94.118.

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Post-award Requirements | Contact Information | Application Checklist

Case 1:25-cv-00404 Document 1-2 Filed 08/18/25 Page 12 of 27 PageID #: 87

# APPLICATION CONTENTS, SUBMISSION REQUIREMENTS, AND DEADLINES

This NOFO contains all the information needed to apply for this funding opportunity. The application for this funding opportunity is submitted through web-based forms and attachments in Grants.gov and JustGrants through the steps that follow.

## Unique Entity Identifiers (UEIs) and SAM.gov Registration

To submit an application, an applicant must have an active registration in the System for Award Management (SAM.gov). SAM.gov assigns entities a unique entity identifier (UEI) that is required for the entity to apply for federal funding. Applicants will enter their UEI with their application. Award recipients must then maintain an active UEI for the duration of their award's period of performance.

**First-time Registration:** Entities registering in SAM.gov for the first time will submit information about their entity type and structure, financial information (such as dates of the fiscal year, banking information, and executive compensation), entity points of contact, and other information. The information is reviewed and verified by SAM.gov, and then a UEI is issued. This process may take several weeks, so entities considering applying for funding should begin the registration process as soon as possible.

**Renewing an Existing Registration:** Entities must renew their SAM.gov registration every 12 months to keep it active. If an entity does not renew their SAM.gov registration, it will expire. An expired registration can delay or prevent the submission of an application for funding in Grants.gov and JustGrants.

Applicants are encouraged to start the SAM.gov registration or renewal process **at least 30 days prior to the application's Grants.gov deadline.** Applicants who fail to begin the registration or renewal process at least 10 business days prior to the Grants.gov deadline may not be able to complete the process in time and will not be considered for a technical waiver that allows for late submission.

## Submission Instructions: Summary

Applications must be submitted to DOJ electronically through a two-step process that begins in Grants.gov and is completed in JustGrants. See Basic Information: Key Dates and Times for the Grants.gov and JustGrants application deadlines.

- **Step 1:** The applicant must submit the required Application for Federal Assistance SF-424 by the Grants.gov deadline.
- **Step 2:** The applicant must submit the full application, including attachments, through JustGrants by the deadline (see JusticeGrants.usdoj.gov).

## Submission Step 1: Grants.gov Submission of SF-424

### Access/Registration

If the applicant does not already have a Grants.gov account, they will need to register for this opportunity in Grants.gov. Applicants should follow the Grants.gov Quick Start Guide for Applicants to register, create a workspace, assign roles, submit an application, and troubleshoot issues.

Case 1:25-cv-00404  Document 1-2  Filed 08/18/25  Page 13 of 27  PageID #: 88

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Test-Over Requirements | Other Information | Application Checklist

## Submission of the SF-424

Applicants will begin the application process in Grants.gov with the submission of the SF-424, which collects the applicant's name, address, and UEI; the funding opportunity number; and proposed project title, among other information. The SF-424 must be signed by the Grants.gov Authorized Organizational Representative for the applicant.

See the Submission Steps in Application Resource Guide for additional information on completing the SF-424.

**Section 8F – Applicant Point of Contact:** Please include the name and contact information of the individual **who will complete the application in JustGrants.** JustGrants will use this information (*i.e.*, email address) to assign the application to this user in JustGrants.

**Section 19 – Intergovernmental Review:** This funding opportunity is not subject to Executive Order (E.O.) 12372 (Intergovernmental Review). Applicants should answer section 19 by selecting, "Program is not covered by E.O. 12372."

**An applicant should submit the SF-424 as early as possible and recommended not later than 48 hours before the Grants.gov deadline.** If an applicant fails to submit the SF-424 in Grants.gov by the deadline, they will be unable to submit their application in JustGrants.

Once the first part of the application has been successfully submitted in Grants.gov, the Grants.gov Workspace status will change from "In Progress" to "Submitted." Applicants will also receive a series of four Grants.gov email notifications. Refer to the DOJ Application Submission Checklist for additional details.

If an applicant needs to update information in the SF-424 after it is submitted in Grants.gov, they can update the information as part of their JustGrants submission (see

 Application Contents, Submission Requirements, and Deadlines: Standard Applicant Information). They do not need to submit an update in Grants.gov.

## Submission Step 2: JustGrants Submission of Full Application
### Access/Registration

For first-time JustGrants applicants, once the application is received from Grants.gov, DOJ will send an email (from DIAMD-NoReply@usdoj.gov) to the email address listed in Section 8F of the SF-424 with instructions on how to create a JustGrants account. This email should arrive within 24 hours after confirmation from Grants.gov of the SF-424 submission.

Creating and setting up a JustGrants account consists of three steps:
1. Follow the instructions in the email to first confirm who will be the Entity Administrator (the person who manages which staff can access JustGrants on behalf of the applicant).
2. Log in to JustGrants and confirm the information in the Entity Profile.
3. Invite other individuals who will serve as the Application Submitter and the Authorized Representative for the applicant to register for JustGrants.

These steps should be completed in JustGrants as early as possible and recommended not later than 48 hours before the JustGrants deadline. Once registered in JustGrants, the Application Submitter will receive a link in an email to complete the rest of the application in

Case 1:25-cv-00404 Document 1-2 Filed 08/18/25 Page 14 of 27 PageID #: 89

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Federal Award Requirements | Other Information | Application Checklist

JustGrants. Applicants can find additional information on JustGrants registration in the [DOJ Grant Application Submission Checklist](#).

## Preparing for Submission

Some of the required sections of the application will be entered directly into JustGrants, and other sections will require documents to be uploaded and attached. Therefore, applicants should allow enough time before the JustGrants deadline to prepare, enter, and upload all the requirements of the application.

Applicants may save their application in the system and add to or change the application as needed prior to hitting the "Submit" button at the end of the application in JustGrants. After the application deadline, no changes or additions can be made to the application. **OJP recommends that applicants submit the complete application package in JustGrants <u>at least 48 hours</u> prior to the JustGrants deadline.**

For additional information, including file name and type requirements, see the "How To Apply" section in the [Application Resource Guide: How To Apply](#).

## Standard Applicant Information

The Standard Applicant Information section of the JustGrants application is pre-populated with the SF-424 data submitted in Grants.gov. The applicant will need to review the Standard Applicant Information in JustGrants and can make whatever edits are needed. Within this section, the applicant will need to add ZIP codes for areas affected by the project; confirm their Authorized Representative; and confirm the organization's unique entity identifier, legal name, and address.

## Data Requested With Application

### Financial Management and System of Internal Controls Questionnaire (including Applicant Disclosure of High-Risk Status)

The Financial Management and System of Internal Controls Questionnaire helps OJP assess what financial management and internal control systems the applicant has in place, whether these systems would be sufficient to maintain a funding award, and the associated potential risks of an applicant as part of the pre-award risk assessment process. Every OJP applicant (other than an individual applying in their personal capacity, not representing an applicant organization) is required to complete the web-based form in JustGrants. See the [Application Resource Guide: Financial Management and System of Internal Controls Questionnaire (including Applicant Disclosure of High-Risk Status)](#) for additional guidance on how to complete the questionnaire.

### Proposal Narrative

**Format of the Proposal Narrative:** The Proposal Narrative will be submitted as an attachment in JustGrants. The attached document should be double-spaced, using a standard 12-point size font; have no less than 1-inch margins; have numbered pages; and should not exceed 10 pages.

**Sections of the Proposal Narrative:** The Proposal Narrative must include a brief description of the State Administering Agency and the VOCA formula grant program, describing the program and its goals for serving victims in FY 2025.

Case 1:25-cv-00404 Document 1-2 Filed 08/18/25 Page 15 of 27 PageID #: 90

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Award Administration Requirements | General Information | Application Checklist

**Project Evaluations:** An applicant that proposes to use award funds to conduct project evaluations must follow the guidance in the "Note on Project Evaluations" section in the Application Resource Guide.

## Budget and Associated Documentation: Budget Detail Form

VOCA formula applicants are not required to submit a budget and associated documentation. Please disregard the OJP Grant Application Resource Guide, Budget Preparation, and Submission Information provisions to the extent that they require submission of a budget.

**Costs Associated With a Conference/Meeting/Training:** An applicant that proposes to use award funds for activities related to a conference, meeting, training, or similar event should review the "Costs Associated With Conference/Meeting/Training" in the Application Resource Guide for information on prior approval, planning, and reporting costs for a conference/meeting/training.

**Costs Associated With Language Assistance and Access:** If an applicant proposes a program or activity that would deliver services or benefits to individuals, the costs of taking reasonable steps to provide meaningful access to those services or benefits for individuals with limited English proficiency may be allowable in specific grant programs. Costs to provide reasonable accommodation and facilitate language access for individuals who are deaf or hard of hearing may also be allowable in specific grant programs. See the "Costs Associated With Language Assistance" in the Application Resource Guide for more information.

For additional information about how to prepare a budget for federal funding, see the Application Resource Guide section on "Budget Preparation and Submission Information" and the technical steps to complete the budget form in JustGrants in the Complete the Application in JustGrants: Budget training.

## Budget and Associated Documentation: Budget/Financial Attachments

**Indirect Cost Rate Agreement (if applicable):** An applicant with a current, federally approved indirect cost rate agreement should upload it as an attachment in JustGrants.

Indirect costs are costs of an organization that are not readily assignable to a particular project but are necessary for the operation of the organization and the performance of the project. Examples of costs usually treated as indirect include those incurred for operation and maintenance of offices or workspaces and salaries of administrative or support staff. The requirements for the development and submission of indirect cost proposals and cost allocation plans are listed in Appendices III–VII of 2 C.F.R. Part 200. A non-federal applicant should follow the guidelines applicable to its type of organization. See the DOJ Grants Financial Guide: Indirect Costs and the OJP Grant Application Resource Guide: Indirect Cost Rate Agreement for additional information on indirect cost rate agreements.

**Consultant Rate (if applicable):** OJP has established maximum rates for consultants; see the "Listing of Costs Requiring Prior Approval" section of the DOJ Grants Financial Guide for more information. If an applicant proposes a rate for a consultant on their project that is higher than the established maximum rate and receives an award, then the award recipient must submit a document requesting approval for the rate and cannot incur costs at the higher rate without prior OJP approval. The award recipient must provide justification for why the proposed rate is higher than the established maximum rate, such as why the rate is reasonable and consistent with that paid for similar services in the marketplace.

**Limitation on Use of Award Funds for Employee Compensation for Awards Over $250,000; Waiver (if applicable):** This notice of funding opportunity expressly modifies the OJP Grant Application Resource Guide by not incorporating the "Limitation on Use of Award Funds for Employee Compensation; Waiver" provisions in the "Financial Information" section of the OJP Grant Application Resource Guide.

**Disclosure of Process Related to Executive Compensation (if applicable):** This notice of funding opportunity expressly modifies the Application Resource Guide by not incorporating its "Disclosure of Process Related to Executive Compensation" provisions. Applicants to this funding opportunity are not required to provide this disclosure.

## Additional Application Components

The applicant should attach the additional requested documentation listed below in JustGrants.

- **OJP Financial Management and Grant Administration Training Certificates:** Please attach the required current training certificate(s) for the Grant Award Administrator and Financial Manager for this formula grant application. Both the Grant Award Administrator and Financial Manager for this award must complete the "OJP financial management and grant administration training" within 120 days after the date of award acceptance or must have already completed it within 3 years prior to submission of this application. A list of OJP trainings that OJP will consider "OJP financial management and grant administration training" for purposes of this condition is available at Online Grants Financial Management Training.

- **A Statement Regarding Use of Administrative and Training Funds:** A general statement about how applicants intend to use the 5 percent of the award amount allowed for administration and training. See 28 C.F.R. 94.107.

- **Civil Rights Compliance Reporting:** The name of a civil rights contact person who is responsible for ensuring that all applicable civil rights requirements are met and who will act as liaison in civil rights matters with the OJP Office for Civil Rights.

- **Monitoring of Subawards:** A subaward monitoring plan for FY 2025 including an explanation of whether your agency met its monitoring goals for FY 2024. If your agency did not meet or is not meeting its monitoring goals, please explain.

- **Statement Regarding Plan to Subgrant Funds:** A statement containing the following:

  **a.** A copy of the documented methodology for selecting subrecipients that will apply to FY 2025 VOCA Assistance funding.

  **b.** A copy of any completed strategic plan applicable to FY 2025 VOCA Assistance funding.

  **c.** A document that describes (to the extent not already addressed in the items above) the following:

  - Efforts to assess victim services needs in the state or territory.

  - How subawards will be made, including the extent to which new awards will be made and the extent to which awards to existing subgrantees will

Case 1:25-cv-00404 Document 1-2 Filed 08/18/25 Page 17 of 27 PageID #: 92

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Post Award Requirements | Other Information | Application Checklist

be modified. If a planning process is underway or anticipated regarding the delivery of victim services, please describe that process.

- How the state or territory will try to ensure that subrecipients meet the VOCA organizational capacity requirements. See 28 C.F.R. 94.112(b); 34 U.S.C. § 20103(b)(1)(B) (requiring subrecipients to show a record of effective services to victims of crime and financial support from non-Crime Victims Fund sources, or, in lieu of this record, show substantial financial support from non-Crime Victims Fund sources).

## Disclosures and Assurances

The applicant will address the following disclosures and assurances.

**Disclosure of Lobbying Activities:** JustGrants will prompt each applicant to indicate if it is required to complete and submit a lobbying disclosure under 31 U.S.C. § 1352.

The applicant is required by law to complete and submit a lobbying disclosure form (Standard Form/SF-LLL) if it has paid or will pay any person to lobby in connection with the award for which it is applying AND this application is for an award in excess of $100,000. This disclosure requirement is not applicable to such payments by an Indian Tribe, Tribal organization, or any other Indian organization that are permitted by other federal law.

Lobbying means (for this requirement) influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress. See 31 U.S.C. 1352; 28 C.F.R. part 69. Note: Most applicants do not engage in activities that trigger this disclosure requirement.

An applicant that is not required by law (31 U.S.C. 1352) to complete and submit a lobbying disclosure should enter "No." By doing so, the applicant is affirmatively asserting (under applicable penalties) that it has nothing to disclose under 31 U.S.C. § 1352 with regard to the application for the award at issue.

**Disclosure of Duplication in Cost Items:** To ensure funding coordination across grantmaking agencies, and to avoid unnecessary or inappropriate duplication of grant funding, the applicant must disclose if it has any pending applications for federal funding, including pending applications for subawards of federal funds, for the same project and the same budget items included in this proposal. Complete the JustGrants Applicant Disclosure of Duplication in Cost Items form. See the Application Resource Guide: Applicant Disclosure of Duplication in Cost Items for additional information.

**DOJ Certified Standard Assurances:** Review and accept the DOJ Certified Standard Assurances in JustGrants. See the Application Resource Guide: Administrative, National Policy, and Other Legal Requirements for additional information.

**DOJ Certifications:** Review the DOJ document Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; Drug-Free Workplace Requirements; Coordination with Affected Agencies. An applicant must review and sign the certification document in JustGrants. See the Application Resource Guide: Administrative, National Policy, and Other Legal Requirements for more information.

**Applicant Disclosure and Justification – DOJ High-Risk Grantees (if applicable):** If applicable, submit the DOJ High-Risk Disclosure and Justification as an attachment in JustGrants. A DOJ high-risk recipient is an award recipient that has received a DOJ high-risk designation based on a documented history of unsatisfactory performance, financial instability, management system or other internal control deficiencies, noncompliance with award terms and conditions on prior awards, or that is otherwise not responsible. See the Application Resource Guide: Applicant Disclosure and Justification – Grantees Designated as High Risk by DOJ for additional information.

## Submission Dates & Times

Refer to Basic Information: Key Dates for the submission dates and times.

Applicants should submit their applications as early as possible and recommended not later than 48 hours before the deadlines. To be considered timely, the full application must be submitted in JustGrants by the JustGrants application deadline. Applicants will use the "Certify and Submit" feature in JustGrants to confirm that all required application components have been entered, which includes identifying the Authorized Representative for the applicant. Once the application is submitted, the Application Submitter, Authorized Representative, and Entity Administrator receive a confirmation email.

An applicant will receive emails after successfully submitting application components in Grants.gov and JustGrants and should retain all emails and other confirmations received from the SAM.gov, Grants.gov, and JustGrants systems.

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Post-Award Requirements | Past-Award Information | Application Checklist

Case 1:25-cv-00404 Document 1-2 Filed 08/18/25 Page 19 of 27 PageID #: 94

## Experiencing Technical Issues Preventing Submission of an Application (Technical Waivers)

If an applicant misses a deadline due to unforeseen technical issues with SAM.gov, Grants.gov, or JustGrants, the applicant may request a waiver to submit an application after the deadline. OJP will only consider requests to submit an application via alternative methods or after the deadline when the applicant can document that there is a technical issue with a government system that was beyond their control and that prevents submission of the application via the standard process prior to the deadlines. Issues resulting from circumstances within the applicant's control, such as failure to begin the SAM.gov, Grants.gov, or JustGrants registration and application process in sufficient time, will not be considered.

Requests and documentation must be sent to the OJP Response Center at OJP.ResponseCenter@usdoj.gov. Applicants should follow these steps if they experience a technical issue:

1. **Contact the relevant help desk to report the issue and receive a tracking number.**

   See Basic Information: Contact Information for the phone numbers, email addresses, and operating hours of the SAM.gov, Grants.gov, and JustGrants help desks. Reports of technical issues to the help desk must occur **before** the application deadline.

   If an applicant calls the help desk and experiences a long wait time, they can also email the help desk to obtain a tracking number. Tracking numbers are generated automatically when an applicant emails the applicable service desk, and for this reason, long call wait times for support do not relieve the applicant of the responsibility of getting a tracking number.

2. **If an applicant has technical issues with SAM.gov or Grants.gov, the applicant must contact the OJP Response Center at OJP.ResponseCenter@usdoj.gov within 24 hours of the Grants.gov deadline to request approval to submit after the deadline. The applicant's request will need to include:**

   - A description of the technical difficulties experienced (provide screenshots if applicable).
   - A timeline of the applicant's submission efforts (*e.g.*, date and time the error occurred, date and time of actions taken to resolve the issue and resubmit, and date and time support representatives responded).

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Award Administration Requirements | Other Information | Application Checklist

Case 1:25-cv-00404 Document 1-2 Filed 08/18/25 Page 20 of 27 PageID #: 95

- An attachment of the complete grant application and all the required documentation and materials (this serves as a "manual" submission of the application).
- The applicant's unique entity identifier (UEI).
- Any SAM.gov, Grants.gov, and JustGrants Service Desk tracking/ticket numbers documenting the technical issue.

3. **If an applicant has technical issues with JustGrants that prevent application submission by the deadline, the applicant must contact the OJP Response Center at OJP.ResponseCenter@usdoj.gov within 24 hours of the JustGrants deadline to request approval to submit after the deadline. See step 2 for the list of information the applicant must provide as part of its request.**

As a reminder: the waiver request will not be considered unless it includes documentation of attempts to receive technical assistance to resolve the issue prior to the application deadline. OJP will review each waiver request and the required supporting documentation and notify the applicant whether the request for late submission has been approved or denied. An applicant that does not provide documentation of a technical issue (including all information previously listed), or that does not submit a waiver request within the required time period, will be denied.

For more details on the waiver process, OJP encourages applicants to review the "Experiencing Technical Issues" section in the Application Resource Guide: Experiencing Unforeseen Technical Issues.

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Post-Award Requirements | Other Information | Application Checklist

Case 1:25-cv-00404   Document 1-2   Filed 08/18/25   Page 21 of 27 PageID #: 96

# APPLICATION REVIEW

## Review Process and Criteria

OJP will review applications to ensure the information presented is reasonable, understandable, measurable, achievable, and consistent with the goals of the funding opportunity. See the OJP Grant Application Resource Guide for information on the application review process for formula grants.

## Risk Review

Pursuant to the Part 200 Uniform Requirements, before award decisions are made, OJP also reviews information related to applicant risk. OJP assesses whether an applicant with one or more prior federal awards has a satisfactory record of performance, integrity, and business ethics, including by (among other things) checking whether the applicant is listed in SAM.gov as excluded from receiving a federal award.

Depending on the severity and nature of the risk factors, the risk assessment may result in additional post-award conditions and oversight for any awarded applicant.

In addition, if OJP anticipates that an award will exceed $250,000 in federal funds, OJP also must review and consider any information about the applicant that appears in the non-public segment of the integrity and performance system accessible through SAM.gov.

**Important Note on Responsibility/Qualification Data (formerly FAPIIS):** An applicant may review and comment on any information about its organization that currently appears in SAM.gov and was entered by a federal awarding agency. OJP will consider such comments by the applicant, in addition to the other information in SAM.gov, in its assessment of the risk posed by the applicant.

## Selection Process

All final award decisions will be made by the Assistant Attorney General, unless a statute explicitly authorizes award decisions by another official or there is written delegation of authority to another official. This official may consider not only program office recommendations but also other factors as indicated in the "Application Review" section. For additional information on the application review process, see the Application Resource Guide: Application Review Information.

# AWARD NOTICES

## Federal Award Notices

Award notifications are usually sent by September 30 (the end of the current federal fiscal year). For successful applicants, JustGrants will send a system-generated email to the Application Submitter, Authorized Representative, and Entity Administrator with information on accessing their official award package in JustGrants. The award package will include key information (such as funding amount and period of performance) as well as award conditions that must be followed. An authorized representative for the entity should accept or decline the award within 45 days of the notification. See the Application Resource Guide: Federal Award Notices for information on award notifications and instructions.

Case 1:25-cv-00404 Document 1-2 Filed 08/18/25 Page 23 of 27 PageID #: 98

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Post-Award Requirements | Other Information | Application Checklist



# POST-AWARD REQUIREMENTS AND ADMINISTRATION

## Reporting

All award recipients under this funding opportunity will be required to submit the following reports and data:

- Quarterly financial reports.
- Annual performance reports.
- Final financial and performance reports.
- If applicable, an annual audit report in accordance with the Part 200 Uniform Requirements or specific award conditions.

See the Application Resource Guide: Post-Award Requirements and Administration for additional information on specific post-award reporting requirements, including performance measure data and the method for submitting reports in OJP's online systems. Future awards and fund drawdowns may be withheld if reports are delinquent (in appropriate cases, OJP may require additional reports).

### Performance Measure Reporting

Award recipients are required to submit quarterly performance measure data in the Performance Measurement Tool (PMT) and separately submit an annual performance report in JustGrants. A list of resources and trainings can be found at Performance Measures | Victims of Crime Act (VOCA) Administrators | OVC. OVC will provide further guidance on the post-award submission process, if the applicant is selected for award.

## Program- and Award-Specific Award Conditions

OJP includes various conditions on its awards. These may include program-specific conditions, which typically apply to all recipients of a funding opportunity, and award-specific conditions, which are included to address recipient-specific issues (*e.g.*, programmatic or financial risk). Recipients may view all conditions, and actions required to satisfy those conditions, in the award package in JustGrants.

## Administrative, National Policy, and Other Legal Requirements

If selected for funding, in addition to implementing the funded project consistent with the OJP-approved application, the recipient must comply with all award conditions and all applicable requirements of federal statutes and regulations, including the applicable requirements referred to in the assurances and certifications executed in connection with award acceptance. For additional information on these legal requirements, see Application Resource Guide: Administrative, National Policy, and Other Legal Requirements.

### Civil Rights Compliance

If a successful applicant accepts funding from OJP—as a recipient of OJP funding—that award recipient must comply with certain federal civil rights laws that prohibit the award recipient from discriminating on the basis of race, color, national origin, sex, religion, or disability in how it delivers its program's services or benefits and in its employment practices. The civil rights laws that may be applicable to the award include, but are not limited to, Title VI of the Civil Rights Act

of 1964, the nondiscrimination provisions of the Omnibus Crime Control and Safe Streets Act of 1968, and Section 504 of the Rehabilitation Act of 1973. These and other federal civil rights laws are discussed in greater detail on OJP's Legal Overview—FY 2025 Awards webpage under the "Civil Rights Requirements" section. Additional resources are available from the OJP Office for Civil Rights.

Compliance with federal civil rights and nondiscrimination laws is material to the government's decision to make any award and payment under this program, including for purposes of the False Claims Act, and each recipient will be required to certify (in its acceptance of the conditions of the award) that it does not operate any programs (including any such programs having components relating to diversity, equity, and inclusion) that violate any applicable federal civil rights or nondiscrimination laws.

See the Partnerships with Faith-Based and Other Neighborhood Organizations webpage for specific information for faith-based organizations applying under this NOFO.

## Financial Management and System of Internal Controls

Award recipients and subrecipients (including recipients or subrecipients that are pass-through entities) must, as described in the Part 200 Uniform Requirements set out at 2 C.F.R. 200.303, comply with standards for financial and program management. See the Application Resource Guide for additional information.

## Information Technology Security Clauses

An application in response to this NOFO may require inclusion of information related to information technology security. See the Application Resource Guide: Financial Management and System of Internal Controls for more information.

## Other Reporting Requirements

Applicants and recipients are required to notify OJP if you know that you or any of your organization's principals for the award transaction are presently excluded or disqualified (*i.e.*, debarred or suspended) or otherwise meet any of the criteria in 2 C.F.R. 180.335. Recipients must comply with requirements in 2 C.F.R. Part 180, as implemented by DOJ in 2 C.F.R. Part 2867, which, among other things, require recipients to check certain information sources and, in some cases, notify the federal awarding agency prior to the agency awarding federal funds via contracts or subawards.

If a recipient's award includes a federal share of more than $500,000 over the period of performance of the award, then the award (per 2 C.F.R. 200.113) will include a condition that may require the recipient to report and maintain certain information (relating to certain criminal, civil, and administrative proceedings) in SAM.gov. See Reporting Requirements page for more information.

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Post-award Requirements | Other Information | Application Checklist

Case 1:25-cv-00404 Document 1-2 Filed 08/18/25 Page 25 of 27 PageID #: 100



# OTHER INFORMATION

## Information Regarding Potential Evaluation of Programs and Activities

OJP may conduct or support an evaluation of the projects and activities funded under this NOFO. For additional information on what should be included in the application, see the Application Resource Guide: Information Regarding Potential Evaluation of Programs and Activities.

## Freedom of Information and Privacy Act

See the Application Resource Guide: Freedom of Information and Privacy Act (5 U.S.C. §§ 552 and 552a) for important information.

Applicants are advised not to include any unnecessary personally identifiable information, sensitive law enforcement information, or confidential financial information with the application.

## Provide Feedback to OJP

See the Application Resource Guide: Provide Feedback to OJP for information on how to provide feedback to OJP.

# APPLICATION CHECKLIST

**OVC FY25 Victims of Crime Act (VOCA) Victim Assistance Formula Grant**

This application checklist has been created as an aid in developing an application. For more information, reference the "OJP Application Submission Steps" in the OJP Grant Application Resource Guide and the DOJ Application Submission Checklist.

## SAM.gov Registration/Renewal
- Confirm that your entity's registration in the System for Award Management (SAM.gov) is active through the NOFO period; submit a new or renewal registration in SAM.gov, if needed (see Application Resource Guide).

## Grants.gov Registration
- Acquire an Authorized Organization Representative (AOR) and a Grants.gov username and password (see Application Resource Guide).
- Acquire AOR confirmation from the E-Business Point of Contact (E-Biz POC) (see Application Resource Guide).

## Grants.gov Opportunity Search
- Search for the funding opportunity in Grants.gov using the opportunity number, assistance listing number, or keyword(s).
- Access the funding opportunity and application package (see Step 7 under "OJP Application Submission Steps" in the Application Resource Guide).
- Sign up for Grants.gov email notifications (optional) (see Application Resource Guide).

## Funding Opportunity Review and Project Planning
- Review all sections of the NOFO.
- Confirm your entity is eligible to receive funding (see Eligibility: Eligible Applicants).
- Confirm your proposed budget is within the allowable limits (see Basic Information: Funding Details), includes only allowable costs (see Application Contents, Submission Requirements, and Deadlines: Budget Detail Form), and includes cost sharing if applicable (see Program Description: Cost Sharing/Match Requirements).
- Review the performance measures for this funding opportunity and confirm you will be prepared to collect and report on this data (see Program Description: Performance Measures).
- Review the "Legal Overview—FY 2025 Awards" in the OJP Funding Resource Center and confirm you are prepared to follow the requirements.
- Read OJP policy and guidance on conference approval, planning, and reporting under "Listing of Costs Requiring Prior Approval" in the DOJ Grants Financial Guide or see the Application Resource Guide.

## Submission Step 1: Grants.gov
After registering with SAM.gov, submit the SF-424 in Grants.gov.

- Complete and submit the SF-424 by the deadline.
- Confirm Section 8F of the SF-424 lists the name and contact information of the individual **who will complete the application in JustGrants.**

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Award Administration Requirements | Federal Award Information | Application Checklist

Case 1:25-cv-00404 Document 1-2 Filed 08/18/25 Page 27 of 27 PageID #: 102

- Submit documents for Intergovernmental Review (if applicable).
- Confirm that, within 48 hours of your submission in Grants.gov, you receive four (4) Grants.gov email notifications:
  - A submission receipt
  - A validation receipt
  - A grantor agency retrieval receipt
  - An agency tracking number assignment
- If no Grants.gov receipt and validation email is received, or if error notifications are received, contact the Grants.gov Customer Support Hotline at 800-518-4726, 606-545-5035, or support@grants.gov regarding technical difficulties (see the Application Resource Guide section on "Experiencing Unforeseen Technical Issues").
- Confirm that, within 24 hours after receipt of confirmation emails from Grants.gov, the individual listed in Section 8F of the SF-424 receives an email from JustGrants with login instructions.

## Submission Step 2: JustGrants

- Complete the following information:
  - Entity and User Verification (first-time applicants)
  - Standard Applicant Information
  - Proposal Abstract
  - Financial Management and System of Internal Controls Questionnaire (see Application Resource Guide)
- Upload the Proposal Narrative.
- Complete the budget detail form.
- Upload the other budget/financial attachments, as applicable.
- Upload additional application components, as applicable.
- Complete the required disclosures and assurances:
  - Disclosure of Lobbying Activities and submission of SF-LLL, if prompted by the system
  - Disclosure of Duplication in Cost Items
  - DOJ Certified Standard Assurances
  - Applicant Disclosure and Justification – DOJ High-Risk Grantees
- Complete the required DOJ Certification on Lobbying; Debarment, Suspension and Other Responsibility Matters; Drug-Free Workplace Requirements; Coordination with Affected Agencies.

## JustGrants Review, Certification, and Application Submission

- Address any validation errors displayed on screen after attempted submission, then return to the "Certify and Submit" screen to submit the application.
- Note the confirmation message at the top of the page. Users will also receive a notification in the "bell" alerts confirming submission.
- If you do not receive an application submission confirmation email or validation from JustGrants, or if you receive an error notification, please contact the JustGrants Service Desk at 833-872-5175 or JustGrants.Support@usdoj.gov. See the Application Resource Guide for additional information.