# Exhibit 3

OMB No. 1121-0329
Approval Expires 02/28/2027

# OVC FY25 Technology to Support Services for Victims of Crime

Total Amount To Be Awarded Under This Funding Opportunity: $5,000,000

Anticipated Award Ceiling: Up to $600,000

Anticipated Period of Performance Duration: 36 months

Funding Opportunity Number: O-OVC-2025-172430

Deadline to submit SF-424 in Grants.gov: **August 15, 2025 by 11:59 Eastern Time**

Deadline to submit application in JustGrants: **August 20, 2025 by 8:59 Eastern Time**



# CONTENTS

Basic Information........................................................................... 3

Eligibility...................................................................................... 7

Program Description ................................................................... 9

Application Contents, Submission Requirements, and Deadlines...............12

Application Review ....................................................................22

Award Notices ...........................................................................24

Post-Award Requirements and Administration ..............................................25

Other Information.......................................................................27

Application Checklist...................................................................28

Case 1:25-cv-00404 Document 1-3 Filed 08/18/25 Page 4 of 31 PageID #: 106

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Post-Award Requirements | Contact Information | Application Checklist



# BASIC INFORMATION

The U.S. Department of Justice (DOJ), Office of Justice Programs (OJP), Office for Victims of Crime (OVC) is accepting applications for funding in response to this notice of funding opportunity (NOFO).

| Agency Name | U.S. Department of Justice<br>Office of Justice Programs<br>Office for Victims of Crime |
|---|---|
| NOFO Title | OVC FY25 Technology To Support Services for Victims of Crime |
| Announcement Type | Initial |
| Funding Opportunity Number | O-OVC-2025-172430 |
| Assistance Listing Number | 16.582 |

## Executive Summary

This funding opportunity seeks to develop, expand, and strengthen victim service programs for all victims of crime throughout the United States and its territories. Please see the Eligible Applicants section for the eligibility criteria.

- **Category 1: Advancing the Use of Technology to Assist Victims of Crime (Anticipated Award Ceiling: $600,000)** Awards under this category will be made to support innovative strategies to create, expand, or enhance the use of technology by victim service organizations to improve interaction with crime victims, elevate service quality, and ensure accessibility and responsiveness.

- **Category 2: Building State Technology Capacity to Serve Victims of Crime (Anticipated Award Ceiling: $500,000)** Awards under this category will be made to state administering agencies (SAAs) to support statewide technology programs to enhance victims' access to services, foster innovation and efficiency in the provision of services, and improve the quality of services.

OJP is committed to advancing work that furthers DOJ's mission to uphold the rule of law, to keep our country safe, and to protect civil rights. OJP provides federal leadership, funding, and other critical resources to directly support law enforcement, combat violent crime, protect American children, provide services to American crime victims, and address public safety challenges, including human trafficking and the opioid crisis.

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Reporting Requirements | Contact Information | Application Checklist

Case 1:25-cv-00404 Document 1-3 Filed 08/18/25 Page 5 of 31 PageID #: 107

## Key Dates and Times

| | |
|---|---|
| **Funding Opportunity Release Date** | July 22, 2025 |
| **SAM.gov Registration/Renewal** | Recommend beginning the process immediately and no later than August 1, 2025 |
| **Step 1: Grants.gov Application Deadline** | 11:59 p.m. Eastern Time on August 15, 2025 |
| **Step 2: JustGrants Application Deadline** | 8:59 p.m. Eastern Time on August 20, 2025 |
| **Award Notification Date** | Generally by September 30 |

## Funding Details

**Total Amount To Be Awarded Under This Funding Opportunity:** $5,000,000

**Anticipated Number of Awards:** Up to 10

- **C-OVC-2025-00005-PROD, Category 1: Advancing the Use of Technology to Assist Victims of Crime**

    o Anticipated Number of Awards: Up to 6
    o Anticipated Award Ceiling: Up to $600,000

- **C-OVC-2025-00006-PROD, Category 2: Building State Technology Capacity to Serve Victims of Crime**

    o Anticipated Number of Awards: Up to 4
    o Anticipated Award Ceiling: Up to $500,000

    **For All Categories:**
- Note: Applicants may propose a budget that is less than the anticipated award ceiling amount. The budget should be reasonable to conduct the proposed project and be within the applicant's capacity to manage.

**Anticipated Period of Performance Start Date:** October 1, 2025

**Anticipated Period of Performance Duration:** 36 months

## Availability of Funds

This funding opportunity, and awards under this funding opportunity, are subject to the availability of funding and any changes or additional requirements that may be imposed by the agency or by law. In addition, nothing in this NOFO is intended to, nor does it, create any right or benefit—substantive or procedural—enforceable at law or in equity by any party against the

Basic Information  Eligibility  Program Description  Application Submission  Application Review  Award Notices  Federal Award Requirements  Agency Contact Information  Application Checklist

Case 1:25-cv-00404  Document 1-3  Filed 08/18/25  Page 6 of 31  PageID #: 108

United States or its departments, agencies, entities, officers, employees, agents, or any other person.

## Statutory Authority

34 U.S.C. § 20103(c)(1)(A)

## Agency Contact Information

For assistance with the requirements of this funding opportunity:
**OJP Response Center**
Phone: 800-851-3420 or 202-353-5556 (TTY for hearing-impaired callers only)
Email: OJP.ResponseCenter@usdoj.gov
Hours of operation: 9:00 a.m. to 5:00 p.m. Eastern Time (ET) Monday – Friday

For assistance with **SAM.gov** (registration/renewal):
**SAM.gov Help Desk**
Phone: 866-606-8220
Web: SAM.gov Help Desk (Federal Service Desk)
Hours of operation: 8:00 a.m. to 8:00 p.m. ET Monday–Friday

For assistance with **Grants.gov** (registration, submission of the Application for Federal Assistance SF-424):
**Grants.gov Customer Support Hotline**
Phone: 800-518-4726, 606-545-5035
Email: support@grants.gov
Web: Grants.gov Customer Support
Hours of operation: 24 hours a day, 7 days a week, except on federal holidays

For assistance with **JustGrants** (registration, submission of full application):
**JustGrants Service Desk**
Phone: 833-872-5175
Email: JustGrants.Support@usdoj.gov
Hours of operation: 7:00 a.m. to 9:00 p.m. ET Monday–Friday and 9:00 a.m. to 5:00 p.m. ET on Saturday, Sunday, and federal holidays.

For procedures related to unforeseen technical issues beyond the control of the applicant that impact submission by the deadlines, see Experiencing Technical Issues Preventing Submission of an Application (Technical Waivers).

## Resources for Applying

**Pre-Application Video:** A pre-recorded, on-demand video about this NOFO is available for applicants on OVC's Funding Webinars page. Please submit any questions to

askovc@ncjrs.gov with the subject "OVC FY25 Technology To Support Services for Victims of Crime."

**OJP Grant Application Resource Guide:** Referred to as the "Application Resource Guide" throughout the NOFO, this resource provides guidance to help applicants for OJP funding prepare and submit their applications.

**JustGrants Application Submission Training Webpage:** Offers helpful information and resources on the grant application process.

**Note:** If this NOFO requires something different from any guidance provided in the Application Resource Guide, the difference will be noted in this NOFO and the applicant should follow the guidance in this NOFO.



# ELIGIBILITY

## Eligible Applicants

The types of entities that are eligible to apply for this funding opportunity are listed below:

**Category 1:**

**Government Entities**
- State governments
- County governments
- City or township governments
- Special district governments
- Native American Tribal governments (federally recognized)
- Native American Tribal governments (other than federally recognized)
- **Educational Organizations**
  - Public and state-controlled institutions of higher education
  - Private institutions of higher education
- **Public Housing Organizations**
  - Public housing authorities
  - Indian housing authorities
- **Nonprofit Organizations**
  - Nonprofits having a 501(c)(3) status with the Internal Revenue Service (IRS), other than institutions of higher education
  - Nonprofits that do not have a 501(c)(3) status with the IRS, other than institutions of higher education
- **Other**
  - Other units of local government

**State Government Entities:** For the purposes of this NOFO, "state" means any state of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the U.S. Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands.

**"Other" Entities Definition:**

- **Other Units of Local Government:** For the purposes of this notice of funding opportunity, other units of local government include towns, boroughs, parishes, villages, or other general purpose political subdivisions of a state.

Note: Category 1 is not intended for national hotline programs. Applicants wishing to fund victim services as part of their National Hotline programming should apply under the OVC FY25 National Crime Victim Crisis Hotlines NOFO.

**Category 2:**

Victims of Crime Act of 1984 ("VOCA") Formula Assistance and Compensation state administering agencies (SAAs)

Basic       Eligibility   Program      Submission   Application  Federal Award   Reporting   Other       Application
Information              Description               Review       Notices         Requirements Information  Checklist

Case 1:25-cv-00404 Document 1-3 Filed 08/18/25 Page 9 of 31 PageID #: 111

- **Government Entities**
  - State governments

**State Government Entities:** For the purposes of this NOFO, "state" means any state of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the U.S. Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands.

## Limit on Number of Applications

An applicant may submit only one application in response to the NOFO and an applicant can only apply to one category in their application. Also, an entity may be proposed as a subrecipient in more than one application.

Applications under which two or more entities (project partners) would carry out the federal award will be considered. However, only one entity may be the applicant for the NOFO; any others must be proposed as subrecipients. See the Application Resource Guide for additional information on subawards.

## Cost Sharing/Match Requirement

This NOFO does **not** require cost sharing/match.

Case 1:25-cv-00404 Document 1-3 Filed 08/18/25 Page 10 of 31 PageID #: 112

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Other Requirements | Contact Information | Application Checklist



# PROGRAM DESCRIPTION

## General Purpose of the Funding

This NOFO will support projects to use technology to enhance services to all victims of crime.

This NOFO has two funding categories (applicants can apply to only one category):

**Category 1: Advancing the Use of Technology to Assist Victims of Crime**

Awards under this category will be made to support innovative strategies to create, expand, or enhance the use of technology by victim service organizations to improve interaction with crime victims, elevate service quality, and ensure accessibility and responsiveness.

**Category 2: Building State Technology Capacity to Serve Victims of Crime**

Awards under this category will be made to SAAs to support statewide technology programs to enhance victims' access to services, foster innovation and efficiency in the provision of services, and improve the quality of services.

Applicants should refer to Application Contents, Submission Requirements, and Deadlines: Budget Detail Form for information on allowable and unallowable costs that may inform the development of their project design.

## Agency Funding Priorities

In order to advance public safety and help meet its mission, OJP will provide priority consideration to applicants that propose (as applicable within the scope of this funding opportunity) projects designed to advance the goals listed below. Applicants seeking priority consideration should specify in the proposal narrative (and in the budget detail form, if applicable) which of the following goal(s) the project is intended to advance and how it will do so:

(a) Directly supporting law enforcement operations (including immigration law enforcement operations);

(b) Combatting violent crime;

(c) Supporting services to American citizens;

(d) Protecting American children; and

(e) Supporting American victims of trafficking and sexual assault.

**Note:** Addressing these priority areas is one of many factors that OJP considers in making funding decisions. Receiving priority consideration for one or more priority areas does not guarantee a funding award.

## Unallowable Use of Funds

The activities listed below are out of the program scope and will not be funded.

1. Any program or activity that, directly or indirectly, violates (or promotes or facilitates the violation of) federal immigration law (including 8 U.S.C. § 1373) or impedes or hinders the enforcement of federal immigration law—including by failing to comply with 8 U.S.C. § 1373, give access to DHS agents, or honor DHS requests and provide requested notice to DHS agents;

2. Any program or activity that violates any applicable Federal civil rights or nondiscrimination law. This includes violations that (1) indirectly violate the law, including by promoting or facilitating violations, or (2) unlawfully favor individuals in any race or protected group, including on a majority or minority, or privileged or unprivileged, basis, within a given area, population, or sector.

## Program Goals and Objectives

**Goal 1: To support the use of technology to improve the overall effectiveness, accessibility, and coordination of victim services by strengthening infrastructure, building organizational capacity, and enhancing service delivery systems.**

**Objective 1:** Develop or expand the use of technology to enhance victims' access to services, foster innovation and efficiency in the provision of services, improve the quality of services, and improve the accessibility and responsiveness of victim service organizations.

**Objective 2:** Leverage and enhance technology to develop organizational capacity to support data collection needs, support victims of crime in new and innovative ways that protect victims' rights and enhance victim safety and confidentiality.

**Objective 3:** Collaborate with community stakeholders, victim service providers, subrecipient organizations (if applicable), and other allied professionals on the technology needs to best serve victims.

**Objective 4:** Produce a detailed roadmap detailing (1) the technological gaps in services to be addressed by the proposed project; (2) identifying if the proposed project will enhance or expand existing services, (3) a description of the technical tools or features to be developed; and (4) a strategy to measure project effectiveness in achieving the identified outcomes.

## How Awards Will Contribute to Program Goals/Objectives

Grant awards will support the use of technology to improve the overall effectiveness, availability, and coordination of victim services by strengthening organizational infrastructure, building internal capacity, and enhancing service delivery systems. Funding will support (or enable) the development and deployment (or implementation) of secure, user-centered technological solutions that streamline service coordination.

## Expected Outcomes: Deliverables and Performance Measures

To achieve the goals and objectives of this funding opportunity, OJP has identified expected deliverables that must be produced by a recipient. OJP has also identified performance measures (pieces of data) that will indicate how a recipient is achieving the performance goals

and objectives previously identified. Recipients will need to collect and report this performance measure data to OJP.

OJP will measure success by reviewing a recipient's submission of performance reports and data and the extent to which project implementation reflects progress toward the goals and objectives of this NOFO.

### Deliverables

Recipients under this funding opportunity will not submit any deliverables beyond the standard Post-Award Requirements and Administration.

### Performance Measures

OJP will require each award recipient to submit regular performance reports that communicate progress toward achieving the goals and objectives identified in Program Goals and Objectives. Applicants can visit OJP's performance measurement page at ojp.gov/performance for more information on performance measurement activities.

OVC will require award recipients to submit quarterly performance measure data in an online reporting system. A list of performance measure questions for this program, helpful resources, and online trainings can be found at on the OVC Performance Measures website. OVC will provide further guidance on the post-award submission process, if the applicant is selected for award.

## Funding Instrument

OJP expects to make awards under this funding opportunity as cooperative agreements, which allow OJP to have substantial involvement in carrying out award activities. See the "Administrative, National Policy, and Other Legal Requirements" section of the Application Resource Guide for a brief discussion of important statutes, regulations, and award conditions.

Case 1:25-cv-00404 Document 1-3 Filed 08/18/25 Page 13 of 31 PageID #: 115

Basic Information | Eligibility | Program Description | Intent to Submit | Application Review | Award Notices | Post-Award Requirements | Additional Information | Application Checklist



# APPLICATION CONTENTS, SUBMISSION REQUIREMENTS, AND DEADLINES

This NOFO contains all the information needed to apply for this funding opportunity. The application for this funding opportunity is submitted through web-based forms and attachments in Grants.gov and JustGrants through the steps that follow.

## Unique Entity Identifier (UEI) and SAM.gov Registration

To submit an application, an applicant must have an active registration in the System for Award Management (SAM.gov). SAM.gov assigns entities a unique entity identifier (UEI) that is required for the entity to apply for federal funding. Applicants will enter their UEI with their application. Award recipients must then maintain an active UEI for the duration of their award's period of performance.

**First-time Registration:** Entities registering in SAM.gov for the first time will submit information about their entity type and structure, financial information (such as dates of the fiscal year, banking information, and executive compensation), entity points of contact, and other information. The information is reviewed and verified by SAM.gov, and then a UEI is issued. This process may take several weeks, so entities considering applying for funding should begin the registration process as soon as possible.

**Renewing an Existing Registration:** Entities must renew their SAM.gov registration every 12 months to keep it active. If an entity does not renew their SAM.gov registration, it will expire. An expired registration can delay or prevent the submission of an application for funding in Grants.gov and JustGrants.

Applicants are encouraged to start the SAM.gov registration or renewal process **at least 30 days prior to the application's Grants.gov deadline.** Applicants who fail to begin the registration or renewal process at least 10 business days prior to the Grants.gov deadline may not be able to complete the process in time and will not be considered for a technical waiver that allows for late submission.

## Submission Instructions: Summary

Applications must be submitted to DOJ electronically through a two-step process that begins in Grants.gov and is completed in JustGrants. See Basic Information: Key Dates and Times for the Grants.gov and JustGrants application deadlines.

- **Step 1:** The applicant must submit the required Application for Federal Assistance SF-424 by the Grants.gov deadline.
- **Step 2:** The applicant must submit the full application, including attachments, through JustGrants by the deadline (see JusticeGrants.usdoj.gov).

## Submission Step 1: Grants.gov Submission of SF-424
### Access/Registration
If the applicant does not already have a Grants.gov account, they will need to register for this opportunity in Grants.gov. Applicants should follow the Grants.gov Quick Start Guide for

Case 1:25-cv-00404   Document 1-3   Filed 08/18/25   Page 14 of 31 PageID #: 116

| Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Postaward Requirements | Contact Information | Application Checklist |

Applicants to register, create a workspace, assign roles, submit an application, and troubleshoot issues.

## Submission of the SF-424

Applicants will begin the application process in Grants.gov with the submission of the SF-424, which collects the applicant's name, address, and UEI; the funding opportunity number; and proposed project title, among other information. The SF-424 must be signed by the Grants.gov Authorized Organizational Representative for the applicant.

See the Application Resource Guide for additional information on completing the SF-424.

**Section 8F – Applicant Point of Contact:** Please include the name and contact information of the individual **who will complete the application in JustGrants.** JustGrants will use this information (*i.e.*, email address) to assign the application to this user in JustGrants.

**Section 19 – Intergovernmental Review:** This funding opportunity is not subject to Executive Order (E.O.) 12372 (Intergovernmental Review). Applicants should answer section 19 by selecting, "Program is not covered by E.O. 12372."

**An applicant should submit the SF-424 as early as possible and recommended not later than 48 hours before the Grants.gov deadline.** If an applicant fails to submit the SF-424 in Grants.gov by the deadline, they will be unable to submit their application in JustGrants.

Once the first part of the application has been successfully submitted in Grants.gov, the Grants.gov Workspace status will change from "In Progress" to "Submitted." Applicants will also receive a series of four Grants.gov email notifications. Refer to the DOJ Application Submission Checklist for additional details.

If an applicant needs to update information in the SF-424 after it is submitted in Grants.gov, they can update the information as part of their JustGrants submission (see Application Contents, Submission Requirements, and Deadlines: Standard Applicant Information). They do not need to submit an update in Grants.gov.

## Submission Step 2: JustGrants Submission of Full Application
### Access/Registration
For first-time JustGrants applicants, once the application is received from Grants.gov, DOJ will send an email (from DIAMD-NoReply@usdoj.gov) to the email address listed in Section 8F of the SF-424 with instructions on how to create a JustGrants account. This email should arrive within 24 hours after confirmation from Grants.gov of the SF-424 submission.

Creating and setting up a JustGrants account consists of three steps:
1. Follow the instructions in the email to first confirm who will be the Entity Administrator (the person who manages which staff can access JustGrants on behalf of the applicant).
2. Log in to JustGrants and confirm the information in the Entity Profile.
3. Invite other individuals who will serve as the Application Submitter and the Authorized Representative for the applicant to register for JustGrants.

These steps should be completed in JustGrants as early as possible and recommended not later than 48 hours before the JustGrants deadline. Once registered in JustGrants, the

Case 1:25-cv-00404   Document 1-3   Filed 08/18/25   Page 15 of 31 PageID #: 117

| Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Scoring Requirements | Other Information | Application Checklist |

Application Submitter will receive a link in an email to complete the rest of the application in JustGrants. Applicants can find additional information on JustGrants registration in the DOJ Grant Application Submission Checklist.

## Preparing for Submission

Some of the required sections of the application will be entered directly into JustGrants, and other sections will require documents to be uploaded and attached. Therefore, applicants should allow enough time before the JustGrants deadline to prepare, enter, and upload all the requirements of the application.

Applicants may save their application in the system and add to or change the application as needed prior to hitting the "Submit" button at the end of the application in JustGrants. After the application deadline, no changes or additions can be made to the application. **OJP recommends that applicants submit the complete application package in JustGrants at least 48 hours prior to the JustGrants deadline.**

For additional information, including file name and type requirements, see the "How To Apply" section in the Application Resource Guide.

## Standard Applicant Information

The Standard Applicant Information section of the JustGrants application is pre-populated with the SF-424 data submitted in Grants.gov. The applicant will need to review the Standard Applicant Information in JustGrants and can make whatever edits are needed. Within this section, the applicant will need to add ZIP codes for areas affected by the project; confirm their Authorized Representative; and confirm the organization's unique entity identifier, legal name, and address.

## Proposal Abstract

A proposal abstract (no more than 2,000 characters) summarizing the proposed project must be completed in the JustGrants web-based form. The text from abstracts will be made publicly available on the OJP.gov and USASpending.gov websites if the project is awarded, so this section of the application should not contain any personally identifiable information (*e.g.,* the name of the project director).

The abstract should be in paragraph form without bullets or tables and written in the third person (*e.g.*, they, the community, their, themselves, rather than I or we). The abstract should include the following information:

- The name of the applicant's proposed project.
- The purpose of the proposed project (*i.e.*, what the project will do and why it is necessary).
- Where the project will take place (*i.e.*, the service area, if applicable).
- Who will be served by the project (*i.e.*, who will be helped or have their needs addressed by the project).
- What activities will be carried out to complete the project.
- The subrecipient(s)/partner organizations or entities, if known.
- Deliverables and expected outcomes (*i.e.*, what the project will achieve).

See the Application Resource Guide for an example of a proposal abstract.

Case 1:25-cv-00404 Document 1-3 Filed 08/18/25 Page 16 of 31 PageID #: 118

Basic Information | Eligibility | Program Description | Intent to Submission | Application Review | Award Notices | Federal Standard Requirements | Documents Information | Application Checklist

# Data Requested With Application

## Financial Management and System of Internal Controls Questionnaire (including Applicant Disclosure of High-Risk Status)

The Financial Management and System of Internal Controls Questionnaire helps OJP assess what financial management and internal control systems the applicant has in place, whether these systems would be sufficient to maintain a funding award, and the associated potential risks of an applicant as part of the pre-award risk assessment process. Every OJP applicant (other than an individual applying in their personal capacity, not representing an applicant organization) is required to complete the web-based form in JustGrants. See the Application Resource Guide: Financial Management and System of Internal Controls Questionnaire (including Applicant Disclosure of High-Risk Status) for additional guidance on how to complete the questionnaire.

## Agency Funding Priorities Inventory

Applicants seeking priority consideration under the Agency Funding Priorities section should answer the inventory questions in their entirety in the web-based form in JustGrants.

## Proposal Narrative

This NOFO has two categories, each with its own specific purpose. Applicants are strongly encouraged to read through each category carefully to ensure that their application is tailored to fit the needs identified in this NOFO.

**Format of the Proposal Narrative:** The Proposal Narrative will be submitted as an attachment in JustGrants. The attached document should be double-spaced, using a standard 12-point size font; have no less than 1-inch margins; have numbered pages; and should not exceed 10 pages. If the Proposal Narrative does not comply with these restrictions, OJP may consider such noncompliance in peer review and in final award decisions. Tables, charts, and graphs may be included in the Proposal Narrative and can be created in a legible font smaller than 12-point. These items will count toward the page limit.

**Sections of the Proposal Narrative:** The Proposal Narrative must include the four sections listed below. If the applicant seeks priority consideration, the Proposal Narrative must state which priority goal(s) the applicant's project will advance and describe how (see the Agency Funding Priorities section under Program Description).

**1. Description of the Need:** What critical issue or problem is the applicant proposing to address with this project? Please include:

- A brief explanation of the need, gap, or issue to be addressed by the proposed project.
- Supporting information, data, or evidence to demonstrate the need's existence, size, and impact on the target population and community.
- How the need relates to the purpose of the NOFO.

**2. Project Goals and Objectives:** How will the proposed project address the need identified and address the purpose of the NOFO? Please include:

Case 1:25-cv-00404   Document 1-3   Filed 08/18/25   Page 17 of 31 PageID #: 119

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Post-Award Requirements | Other Information | Application Checklist

- Project goals (goals are broad, visionary statements on what the applicant hopes to accomplish).
- Project objectives (objectives are specific outcomes the applicant plans to achieve through project activities).
- How the applicant's goals and objectives relate to the goals and objectives of the NOFO.

**3. Project Design and Implementation:** How will the applicant implement project activities that meet the goals and objectives? Please include:

- What activities the applicant will conduct to achieve the proposed goals and objectives.
- How the applicant will deliver or complete those activities.
- When the activities will take place.
- Who in the applicant's organization will staff the activities, including key staff.
- Who will participate in and benefit from the activity.
- What deliverables, reports, and other items will be produced as part of the project.
- If the applicant plans to use subrecipients to help conduct the project, please name them (if they are known) or describe how the applicant will identify them. Please describe their role in conducting project activities.

**4. Capabilities and Competencies:** What administrative and technical capacity and expertise does the applicant bring to successfully complete this project? Please include:

- A short description of the applicant's capacity to deliver the proposed project and meet the requirements of the award, including collecting and reporting the required performance measure data. Who will be responsible for this task, and how will the applicant collect the data? Refer to Program Description: Performance Measures for additional details on performance measures for this funding opportunity.
- A description of projects or activities the applicant organization has conducted, or is currently conducting, that demonstrate the applicant's ability to undertake the proposed project activities.
- A summary of relevant experience of team members with key responsibilities for implementing the project.

**Project Evaluations:** An applicant that proposes to use award funds to conduct project evaluations must follow the guidance in the "Note on Project Evaluations" section in the Application Resource Guide.

## Budget and Associated Documentation: Budget Detail Form

The applicant will complete the JustGrants budget detail form. The form collects the individual costs under each cost category needed to implement the proposed project. Applicants should ensure that the name/description of each cost is clear and provide the detailed calculation (*e.g.*, cost per unit and number of units) for the total cost. Applicants should enter additional narrative, as needed, to fully describe the cost calculations and connection to the project goals and objectives (including, if applicable, describing connections to OJP priority goals).

Budget proposals should include the funding needed to implement the proposed activities. In preparing their budget proposals, applicants should consider what types of costs are allowable, if awarded funding. Costs are allowable when they are reasonable, allocable to, and necessary for the performance of the project funded under the federal award and when they comply with

Case 1:25-cv-00404 Document 1-3 Filed 08/18/25 Page 18 of 31 PageID #: 120

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Award Administration Requirements | Federal Award Information | Application Checklist

the funding statute and agency requirements, including the conditions of the award and the cost principles set out in 2 C.F.R. Part 200, Subpart E and the DOJ Grants Financial Guide.

**Costs Associated With a Conference/Meeting/Training:** An applicant that proposes to use award funds for activities related to a conference, meeting, training, or similar event should review the Application Resource Guide for information on prior approval, planning, and reporting costs for a conference/meeting/training.

**Costs Associated With Language Assistance and Access:** If an applicant proposes a program or activity that would deliver services or benefits to individuals, the costs of taking reasonable steps to provide meaningful access to those services or benefits for individuals with limited English proficiency may be allowable in specific grant programs. Costs to provide reasonable accommodation and facilitate language access for individuals who are deaf or hard of hearing may also be allowable in specific grant programs. See the Application Resource Guide for information on costs associated with language assistance.

For additional information about how to prepare a budget for federal funding, see the Application Resource Guide section on "Budget Preparation and Submission Information" and the technical steps to complete the budget form in JustGrants in the Complete the Application in JustGrants: Budget training.

## Budget and Associated Documentation: Budget/Financial Attachments

**Indirect Cost Rate Agreement (if applicable):** An applicant with a current, federally approved indirect cost rate agreement should upload it as an attachment in JustGrants.

Indirect costs are costs of an organization that are not readily assignable to a particular project but are necessary for the operation of the organization and the performance of the project. Examples of costs usually treated as indirect include those incurred for operation and maintenance of offices or workspaces and salaries of administrative or support staff. The requirements for the development and submission of indirect cost proposals and cost allocation plans are listed in Appendices III–VII of 2 C.F.R. Part 200. A non-federal applicant should follow the guidelines applicable to its type of organization. See the DOJ Grants Financial Guide and the OJP Grant Application Resource Guide for additional information on indirect cost agreements.

**Consultant Rate (if applicable):** OJP has established maximum rates for consultants; see the "Listing of Costs Requiring Prior Approval" section of the DOJ Grants Financial Guide for more information. If an applicant proposes a rate for a consultant on their project that is higher than the established maximum rate and receives an award, then the award recipient must submit a document requesting approval for the rate and cannot incur costs at the higher rate without prior OJP approval. The award recipient must provide justification for why the proposed rate is higher than the established maximum rate, such as why the rate is reasonable and consistent with that paid for similar services in the marketplace.

**Limitation on Use of Award Funds for Employee Compensation for Awards Over $250,000; Waiver (if applicable):** If an applicant proposes to hire employees with federal award funds, for any award of more than $250,000, the recipient may not use federal funds to pay total cash compensation (salary plus cash bonuses) to any employee of the recipient at a rate that exceeds 110 percent of the maximum annual salary payable to a member of the federal government's Senior Executive Service (SES) at an agency with a Certified SES Performance

Appraisal System for that year. Applicants may request a waiver from this requirement by submitting the appropriate form. See the Application Resource Guide for information on the "Limitation on Use of Award Funds for Employee Compensation for Awards over $250,000; Waiver."

**Disclosure of Process Related to Executive Compensation (if applicable):** This notice of funding opportunity expressly modifies the Application Resource Guide by not incorporating its "Disclosure of Process Related to Executive Compensation" provisions. Applicants to this funding opportunity are not required to provide this disclosure.

## Additional Application Components

The applicant should attach the additional requested documentation listed below in JustGrants.

- **Curriculum Vitae or Resumes:** Provide resumes of key personnel who will work on the proposed project or a description of the experience and skills of key personnel necessary to implement the project.

- **Tribal Authorizing Resolution (if applicable):** An application in response to this NOFO may require inclusion of Tribal authorizing documentation as an attachment. If applicable, the applicant will upload the Tribal authorizing documentation as an attachment in JustGrants. See the Application Resource Guide for information on Tribal authorizing resolutions.

## Disclosures and Assurances

The applicant will address the following disclosures and assurances.

**Disclosure of Lobbying Activities:** JustGrants will prompt each applicant to indicate if it is required to complete and submit a lobbying disclosure under 31 U.S.C. § 1352.

The applicant is required by law to complete and submit a lobbying disclosure form (Standard Form/SF-LLL) if it has paid or will pay any person to lobby in connection with the award for which it is applying AND this application is for an award in excess of $100,000. This disclosure requirement is not applicable to such payments by an Indian Tribe, Tribal organization, or any other Indian organization that are permitted by other federal law.

Lobbying means (for this requirement) influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress. See 31 U.S.C. 1352; 28 C.F.R. part 69. Note: Most applicants do not engage in activities that trigger this disclosure requirement.

An applicant that is not required by law (31 U.S.C. 1352) to complete and submit a lobbying disclosure, should enter "No." By doing so, the applicant is affirmatively asserting (under applicable penalties) that it has nothing to disclose under 31 U.S.C. § 1352 with regard to the application for the award at issue.

**Disclosure of Duplication in Cost Items:** To ensure funding coordination across grantmaking agencies, and to avoid unnecessary or inappropriate duplication of grant funding, the applicant must disclose if it has any pending applications for federal funding, including pending applications for subawards of federal funds, for the same project and the same budget items

Case 1:25-cv-00404 Document 1-3 Filed 08/18/25 Page 20 of 31 PageID #: 122

| Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Scoring Requirements | Contact Information | Application Checklist |

included in this proposal. Complete the JustGrants Applicant Disclosure of Duplication in Cost Items form. See the [Application Resource Guide](#) for additional information.

**DOJ Certified Standard Assurances:** Review and accept the DOJ Certified Standard Assurances in JustGrants. See the [Application Resource Guide](#) for additional information.

**DOJ Certifications:** Review the DOJ document [Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; Drug-Free Workplace Requirements; Coordination with Affected Agencies](#). An applicant must review and sign the certification document in JustGrants. See the [Application Resource Guide](#) for more information.

**Applicant Disclosure and Justification – DOJ High-Risk Grantees (if applicable):** If applicable, submit the DOJ High-Risk Disclosure and Justification as an attachment in JustGrants. A DOJ high-risk recipient is an award recipient that has received a DOJ high-risk designation based on a documented history of unsatisfactory performance, financial instability, management system or other internal control deficiencies, noncompliance with award terms and conditions on prior awards, or that is otherwise not responsible. See the [Application Resource Guide](#) for additional information.

## Submission Dates & Times

Refer to [Basic Information: Key Dates](#) for the submission dates and times.

Applicants should submit their applications as early as possible and recommended not later than 48 hours before the deadlines. To be considered timely, the full application must be submitted in JustGrants by the JustGrants application deadline. Applicants will use the Certify and Submit feature in JustGrants to confirm that all required application components have been entered, which includes identifying the Authorized Representative for the applicant. Once the application is submitted, the Application Submitter, Authorized Representative, and Entity Administrator receive a confirmation email.

An applicant will receive emails after successfully submitting application components in Grants.gov and JustGrants and should retain all emails and other confirmations received from the SAM.gov, Grants.gov, and JustGrants systems.

Case 1:25-cv-00404 Document 1-3 Filed 08/18/25 Page 21 of 31 PageID #: 123

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Budget Requirements | OJP Information | Application Checklist

## Experiencing Technical Issues Preventing Submission of an Application (Technical Waivers)

If an applicant misses a deadline due to unforeseen technical issues with SAM.gov, Grants.gov, or JustGrants, the applicant may request a waiver to submit an application after the deadline. OJP will only consider requests to submit an application via alternative methods or after the deadline when the applicant can document that there is a technical issue with a government system that was beyond their control and that prevents submission of the application via the standard process prior to the deadlines. Issues resulting from circumstances within the applicant's control, such as failure to begin the SAM.gov, Grants.gov, or JustGrants registration and application process in sufficient time, will not be considered.

Requests and documentation must be sent to the OJP Response Center at OJP.ResponseCenter@usdoj.gov. Applicants should follow these steps if they experience a technical issue:

1. **Contact the relevant help desk to report the issue and receive a tracking number.**

   See Basic Information: Contact Information for the phone numbers, email addresses, and operating hours of the SAM.gov, Grants.gov, and JustGrants help desks. Reports of technical issues to the help desk must occur **before** the application deadline.

   If an applicant calls the help desk and experiences a long wait time, they can also email the help desk to obtain a tracking number. Tracking numbers are generated automatically when an applicant emails the applicable service desk, and for this reason, long call wait times for support do not relieve the applicant of the responsibility of getting a tracking number.

Case 1:25-cv-00404    Document 1-3    Filed 08/18/25    Page 22 of 31 PageID #: 124

2.  **If an applicant has technical issues with SAM.gov or Grants.gov, the applicant must contact the OJP Response Center at OJP.ResponseCenter@usdoj.gov within 24 hours of the Grants.gov deadline to request approval to submit after the deadline. The applicant's request will need to include:**

    - A description of the technical difficulties experienced (provide screenshots if applicable).
    - A timeline of the applicant's submission efforts (*e.g.*, date and time the error occurred, date and time of actions taken to resolve the issue and resubmit, and date and time support representatives responded).
    - An attachment of the complete grant application and all the required documentation and materials (this serves as a "manual" submission of the application).
    - The applicant's unique entity identifier (UEI).
    - Any SAM.gov, Grants.gov, and JustGrants Service Desk tracking/ticket numbers documenting the technical issue.

3.  **If an applicant has technical issues with JustGrants that prevent application submission by the deadline, the applicant must contact the OJP Response Center at OJP.ResponseCenter@usdoj.gov within 24 hours of the JustGrants deadline to request approval to submit after the deadline. See step 2 for the list of information the applicant must provide as part of its request.**

As a reminder: the waiver request will not be considered unless it includes documentation of attempts to receive technical assistance to resolve the issue prior to the application deadline. OJP will review each waiver request and the required supporting documentation and notify the applicant whether the request for late submission has been approved or denied. An applicant that does not provide documentation of a technical issue (including all information previously listed), or that does not submit a waiver request within the required time period, will be denied.

For more details on the waiver process, OJP encourages applicants to review the "Experiencing Technical Issues" section in the Application Resource Guide.

Case 1:25-cv-00404 Document 1-3 Filed 08/18/25 Page 23 of 31 PageID #: 125

Basic Information | Eligibility Information | Program Description | Application Submission | Application Review | Award Notices | Post-Award Requirements | Contact Information | Application Checklist



# APPLICATION REVIEW

## Responsiveness (Basic Minimum Requirements) Review

OJP screens applications to ensure they meet the basic minimum requirements (BMR) prior to conducting the merit review. Following are the basic minimum requirements for this funding opportunity. If OJP determines that an application does not include these elements, it will not proceed to merit review and will not receive any further consideration.

- The application is submitted by an eligible applicant.
- The requested award amount does not exceed the award ceiling.
- The application is responsive to the scope of the NOFO.
- The following application elements are included:
  - SF-424 (Grants.gov)
  - Proposal Narrative (JustGrants)
  - Budget detail form, which includes the budget items, their calculations, and explanation (JustGrants)

Applicants whose application fails to meet the BMR are provided notice (including an appropriate point of contact for questions) within a few weeks after the submission due date.

## Merit Review Criteria

### Peer Review Criteria

Applications that meet the basic minimum requirements will be evaluated for technical merit by peer reviewers based on how the proposed project/program addresses the following criteria:

- **Statement of the Problem/Description of the Issue (20%):** What critical issue or problem the applicant is proposing to address with this project.
- **Project Goals and Objectives (15%):** How the proposed project will address the identified need and the purpose of the funding opportunity.
- **Project Design and Implementation (30%):** The strength of how the applicant will implement activities, including the soundness of the project design and how the activities align to the stated goals and objectives.
- **Capabilities and Competencies (20%):** The applicant's administrative and technical capacity to successfully complete this project.
- **Budget (15%):** Completeness and cost effectiveness.

### Programmatic and Financial Review Criteria

After the peer review, applications undergo additional programmatic and financial reviews. OJP staff may reach out to applicants during the programmatic or financial review if a submitted form is incomplete or needs to be updated. Note that OJP staff are not authorized to provide information on peer review scores or comment on programmatic, risk, or budget/financial reviews while the merit review is in progress.

In addition to BMR and peer review criteria, other important considerations for OJP include geographic diversity, strategic priorities (including, but not limited to, the priority areas already mentioned, if applicable), available funding, past performance, and the extent to which the budget detail form accurately explains project costs that are reasonable, necessary, and

Case 1:25-cv-00404  Document 1-3  Filed 08/18/25  Page 24 of 31 PageID #: 126

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Award Administration Requirements | OJP Contact Information | Application Checklist

otherwise allowable under federal law and applicable federal cost principles. If cost sharing/match is not required for this opportunity, applicants will not receive higher consideration by proposing a voluntary match contribution in their budget.

## Risk Review

Pursuant to the Part 200 Uniform Requirements, before award decisions are made, OJP also reviews information related to applicant risk. OJP assesses whether an applicant with one or more prior federal awards has a satisfactory record of performance, integrity, and business ethics, including by (among other things) checking whether the applicant is listed in SAM.gov as excluded from receiving a federal award.

Depending on the severity and nature of the risk factors, the risk assessment may result in the removal of an applicant from consideration or selection for award, or it may result in additional post-award conditions and oversight for an awarded applicant.

In addition, if OJP anticipates that an award will exceed $250,000 in federal funds, OJP also must review and consider any information about the applicant that appears in the non-public segment of the integrity and performance system accessible through SAM.gov.

**Important Note on Responsibility/Qualification Data (formerly FAPIIS):** An applicant may review and comment on any information about its organization that currently appears in SAM.gov and was entered by a federal awarding agency. OJP will consider such comments by the applicant, in addition to the other information in SAM.gov, in its assessment of the risk posed by the applicant.

## Selection Process

All final award decisions will be made by the Assistant Attorney General, unless a statute explicitly authorizes award decisions by another official or there is written delegation of authority to another official. This official may consider not only peer review ratings and program office recommendations, but also other factors as indicated in the "Application Review" section to make final award decisions. For additional information on the application review process, see the Application Resource Guide.

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Post-Award Requirements | OJP Information | Application Checklist

# AWARD NOTICES

## Federal Award Notices

Award notifications are usually sent by September 30 (the end of the current federal fiscal year). For successful applicants, JustGrants will send a system-generated email to the Application Submitter, Authorized Representative, and Entity Administrator with information on accessing their official award package in JustGrants. The award package will include key information (such as funding amount and period of performance) as well as award conditions that must be followed. The Authorized Representative for the entity should accept or decline the award within 45 days of the notification. See the Application Resource Guide for information on award notifications and instructions.

Applicants not selected for an award will receive notification after all award recipients have been notified. OJP also provides unsuccessful applicants with a summary of peer reviewer comments.

## Future Funding Opportunities

OJP may, in certain cases, provide additional funding in future years to awards made under this funding opportunity through continuation awards. When making continuation award decisions, OJP will consider, among other factors, OJP's strategic priorities, a recipient's overall management of the award, and the progress of the work funded under the award.

Applications submitted under this FY 2025 funding opportunity may be funded in future fiscal years, dependent on, among other considerations, the merit of the applications and the availability of appropriations.

Case 1:25-cv-00404    Document 1-3    Filed 08/18/25    Page 26 of 31 PageID #: 128

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Federal Award Notices | Post-Award Requirements | Agency Information | Application Checklist



# POST-AWARD REQUIREMENTS AND ADMINISTRATION

## Reporting

All award recipients under this funding opportunity will be required to submit the following reports and data:

- Quarterly financial reports.
- Semi-annual performance reports.
- Final financial and performance reports.
- If applicable, an annual audit report in accordance with the Part 200 Uniform Requirements or specific award conditions.

See the Application Resource Guide for additional information on specific post-award reporting requirements, including performance measure data and the method for submitting reports in OJP's online systems. Future awards and fund drawdowns may be withheld if reports are delinquent, and in appropriate cases, OJP may require additional reports.

### Performance Measure Reporting

Award recipients are required to submit performance measure data in the Performance Measurement Tool (PMT) and separately submit a semi-annual performance report in JustGrants. Applicants selected for an award will receive further guidance on post-award reporting processes.

## Program- and Award-Specific Award Conditions

OJP includes various conditions on its awards. These may include program-specific conditions, which typically apply to all recipients of a funding opportunity, and award-specific conditions, which are included to address recipient-specific issues (*e.g.*, programmatic or financial risk). Recipients may view all conditions, and actions required to satisfy those conditions, in the award package in JustGrants.

## Administrative, National Policy, and Other Legal Requirements

If selected for funding, in addition to implementing the funded project consistent with the OJP-approved application, the recipient must comply with all award conditions and all applicable requirements of federal statutes and regulations, including the applicable requirements referred to in the assurances and certifications executed in connection with award acceptance. For additional information on these legal requirements, see the "Administrative, National Policy, and Other Legal Requirements" section in the Application Resource Guide.

### Civil Rights Compliance

If a successful applicant accepts funding from OJP—as a recipient of OJP funding—that award recipient must comply with certain federal civil rights laws that prohibit the award recipient from discriminating on the basis of race, color, national origin, sex, religion, or disability in how it delivers its program's services or benefits and in its employment practices. The civil rights laws that may be applicable to the award include, but are not limited to, Title VI of the Civil Rights Act of 1964, the nondiscrimination provisions of the Omnibus Crime Control and Safe Streets Act of 1968, and Section 504 of the Rehabilitation Act of 1973. These and other federal civil rights laws

Case 1:25-cv-00404 Document 1-3 Filed 08/18/25 Page 27 of 31 PageID #: 129

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Award Requirements | Agency Information | Application Checklist

are discussed in greater detail on OJP's [Legal Overview—FY 2025 Awards](#) webpage under the "Civil Rights Requirements" section. Additional resources are available from the [OJP Office for Civil Rights](#).

Compliance with Federal civil rights and nondiscrimination laws is material to the government's decision to make any award and payment under this program, including for purposes of the False Claims Act, and each recipient will be required to certify (in its acceptance of the conditions of the award) that it does not operate any programs (including any such programs having components relating to diversity, equity, and inclusion) that violate any applicable Federal civil rights or nondiscrimination laws.

See OJP's [Partnerships with Faith-Based and Other Neighborhood Organizations](#) webpage for specific information for faith-based organizations applying under this NOFO.

### Financial Management and System of Internal Controls

Award recipients and subrecipients (including recipients or subrecipients that are pass-through entities) must, as described in the Part 200 Uniform Requirements set out at 2 C.F.R. 200.303, comply with standards for financial and program management. See the [Application Resource Guide](#) for additional information.

### Information Technology Security Clauses

An application in response to this NOFO may require inclusion of information related to information technology security. See the [Application Resource Guide](#) for more information.

### Other Reporting Requirements

Applicants and recipients are required to notify OJP if you know that you or any of your organization's principals for the award transaction are presently excluded or disqualified (*i.e.*, debarred or suspended) or otherwise meet any of the criteria in 2 C.F.R. 180.335. Recipients must comply with requirements in 2 C.F.R. Part 180, as implemented by DOJ in 2 C.F.R. Part 2867, which, among other things, require recipients to check certain information sources and, in some cases, notify the federal awarding agency prior to the agency awarding federal funds via contracts or subawards.

If a recipient's award includes a federal share of more than $500,000 over the period of performance of the award, then the award (per 2 C.F.R. 200.113) will include a condition that may require the recipient to report and maintain certain information (relating to certain criminal, civil, and administrative proceedings) in SAM.gov. See the [Reporting Requirements page](#) for more information.



# OTHER INFORMATION

## Information Regarding Potential Evaluation of Programs and Activities

OJP may conduct or support an evaluation of the projects and activities funded under this NOFO. For additional information on what should be included in the application, see the Application Resource Guide section "Information Regarding Potential Evaluation of Programs and Activities."

## Freedom of Information and Privacy Act

See the Application Resource Guide for important information on the Freedom of Information and Privacy Act (5 U.S.C. §§ 552 and 552a).

Applicants are advised not to include any unnecessary personally identifiable information, sensitive law enforcement information, or confidential financial information with the application.

## Provide Feedback to OJP

See the Application Resource Guide for information on how to provide feedback to OJP.

Case 1:25-cv-00404  Document 1-3  Filed 08/18/25  Page 29 of 31 PageID #: 131

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Scoring Requirements | Federal Award Information | Application Checklist



# APPLICATION CHECKLIST

**Office for Victims of Crime FY25 Expanding Technology to Support Services for Victims of Crime**

This application checklist has been created as an aid in developing an application. For more information, reference the "OJP Application Submission Steps" in the OJP Grant Application Resource Guide and the DOJ Application Submission Checklist.

## SAM.gov Registration/Renewal
- Confirm that your entity's registration in the System for Award Management (SAM.gov) is active through the NOFO period. Submit a new or renewal registration in SAM.gov, if needed (see Application Resource Guide).

## Grants.gov Registration
- Acquire an Authorized Organization Representative (AOR) and a Grants.gov username and password (see Application Resource Guide).
- Acquire AOR confirmation from the E-Business Point of Contact (E-Biz POC) (see Application Resource Guide).

## Grants.gov Opportunity Search
- Search for the funding opportunity in Grants.gov using the opportunity number, assistance listing number, or keyword(s).
- Select the correct Competition ID.
- Access the funding opportunity and application package (see Step 7 under "OJP Application Submission Steps" in the Application Resource Guide).
- Sign up for Grants.gov email notifications (optional) (see Application Resource Guide).

## Funding Opportunity Review and Project Planning
- Review all sections of the NOFO.
- Confirm your entity is eligible to receive funding (see Eligibility: Eligible Applicants).
- Confirm your proposed budget is within the allowable limits (see Basic Information: Funding Details), includes only allowable costs (see Application Contents, Submission Requirements, and Deadlines: Budget Detail Form), and includes cost sharing if applicable (see Program Description: Cost Sharing/Match Requirements).
- Review the performance measures for this funding opportunity and confirm you will be prepared to collect and report on this data (see Program Description: Performance Measures).
- Review the "Legal Overview—FY 2025 Awards" in the OJP Funding Resource Center and confirm you are prepared to follow the requirements.
- Read OJP policy and guidance on conference approval, planning, and reporting under "Listing of Costs Requiring Prior Approval" in the DOJ Grants Financial Guide or see the Application Resource Guide.

## Submission Step 1: Grants.gov
After registering with SAM.gov, submit the SF-424 in Grants.gov.

- Complete and submit the SF-424 by the deadline.

Case 1:25-cv-00404   Document 1-3   Filed 08/18/25   Page 30 of 31 PageID #: 132

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Award Administration Requirements | Other Information | Application Checklist

- Confirm Section 8F of the SF-424 lists the name and contact information of the individual **who will complete the application in JustGrants.**
- Confirm that, within 48 hours of your submission in Grants.gov, you receive the following four (4) Grants.gov email notifications:
  - A submission receipt
  - A validation receipt
  - A grantor agency retrieval receipt
  - An agency tracking number assignment
- If no Grants.gov receipt and validation email is received, or if error notifications are received, contact the OJP Response Center at OJP.ResponseCenter@usdoj.gov or Grants.gov Customer Support Hotline at 800-518-4726, 606-545-5035, or support@grants.gov regarding technical difficulties (see the Application Resource Guide section on "Experiencing Unforeseen Technical Issues").
- Confirm that, within 24 hours after receipt of confirmation emails from Grants.gov, the individual listed in Section 8F of the SF-424 receives an email from JustGrants with login instructions.

## Submission Step 2: JustGrants

- Complete the following information:
  - Entity and User Verification (first-time applicants)
  - Standard Applicant Information
  - Proposal Abstract
  - Financial Management and System of Internal Controls Questionnaire (see Application Resource Guide)
  - Agency Funding Priorities Inventory
- Upload the Proposal Narrative.*
- Complete the budget detail form.*
- Upload other budget/financial attachments, as applicable.
- Upload additional application components, as applicable.
- Complete the required disclosures and assurances:
  - Disclosure of Lobbying Activities and submission of SF-LLL, if prompted by the system
  - Disclosure of Duplication in Cost Items
  - DOJ Certified Standard Assurances
  - Applicant Disclosure and Justification – DOJ High-Risk Grantees
- Complete the required DOJ Certification on Lobbying; Debarment, Suspension and Other Responsibility Matters; Drug-Free Workplace Requirements; Coordination with Affected Agencies.

***Note: Items designated with an asterisk must be submitted for an application to meet the basic minimum requirements review. If OJP determines that an application does not include the designated items, it will neither proceed to peer review nor receive further consideration.***

## JustGrants Review, Certification, and Application Submission

- Address any validation errors displayed on screen after attempted submission, then return to the "Certify and Submit" screen to submit the application.

Basic Information | Eligibility | Program Description | Application Submission | Application Review | Award Notices | Post-Award Requirements | OJP Information | Application Checklist

Case 1:25-cv-00404 Document 1-3 Filed 08/18/25 Page 31 of 31 PageID #: 138

- Note the confirmation message at the top of the page. Users will also receive a notification in the "bell" alerts confirming submission.
- If you do not receive an application submission confirmation email or validation from JustGrants, or if you receive an error notification, please contact the JustGrants Service Desk at 833-872-5175 or JustGrants.Support@usdoj.gov. See the Application Resource Guide for additional information.