AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

)
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
)
)
)
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*




A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:




If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**MATTHEW J. PLATKIN**
 ATTORNEY GENERAL OF NEW JERSEY

By: /s/ *Mayur P. Saxena*
Jeremy M. Feigenbaum*
 *Solicitor General*
Shankar Duraiswamy*
 *Deputy Solicitor General*
Mayur P. Saxena*
 *Assistant Attorney General*
Surinder K. Aggarwal*
Bassam F. Gergi*
Anaiis Gonzalez*
Olivia C. Mendes*
Phoenix N. Meyers*
Sarah Nealon*
Daniel Resler*
Nathaniel F. Rubin*
 *Deputy Attorneys General*

New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5365
Mayur.Saxena@law.njoag.gov
*Attorneys for the State of New Jersey*

**PETER F. NERONHA**
  ATTORNEY GENERAL OF RHODE ISLAND

By: /s/ *Patrick J. Dolan*
Patrick J. Dolan (RI No. 10462)
  *Senior Counsel to the Attorney General*
Leonard Giarrano IV (RI No. 10731)
  *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400
PDolan@riag.ri.gov
LGiarrano@riag.ri.gov
*Attorneys for the State of Rhode Island*

**ROB BONTA**
  ATTORNEY GENERAL OF CALIFORNIA

Michael L. Newman*
  *Senior Assistant Attorney General*
Joel Marrero*
James E. Stanley*
  *Supervising Deputy Attorneys General*
Brandy Doyle*
Luke Freedman*
Heidi Joya*
Newton Knowles*
Deylin Thrift-Viveros*
Delbert Tran*
  *Deputy Attorneys General*

By: /s/ *Lee I. Sherman*
Lee I. Sherman*
  *Deputy Attorney General*
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6000
lee.sherman@doj.ca.gov
*Attorneys for the State of California*

**KATHLEEN JENNINGS**
  ATTORNEY GENERAL OF DELAWARE

By: /s/ *Vanessa L. Kassab*
Ian R. Liston*
  *Director of Impact Litigation*
Vanessa L. Kassab*
  *Deputy Attorney General*
Rose Gibson*
  *Assistant Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov
*Attorneys for the State of Delaware*

**KWAME RAOUL**
  ATTORNEY GENERAL OF ILLINOIS

By: /s/ *Alex Hemmer*
Alex Hemmer*
  *Deputy Solicitor General*
Christopher G. Wells*
  *Chief of the Public Interest Division*
Michael M. Tresnowski*
R. Henry Weaver*
  *Assistant Attorneys General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 590-7932
alex.hemmer@ilag.gov
*Attorneys for the State of Illinois*

**PHILIP J. WEISER**
  ATTORNEY GENERAL OF COLORADO

By: */s/ David Moskowitz*
David Moskowitz*
  *Deputy Solicitor General*
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov
*Attorneys for the State of Colorado*

**BRIAN L. SCHWALB**
  ATTORNEY GENERAL OF THE DISTRICT OF COLUMBIA

By: */s/ Mitchell P. Reich*
Mitchell P. Reich*
  *Senior Counsel to the Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov
*Attorneys for the District of Columbia*

**AARON M. FREY**
  ATTORNEY GENERAL OF MAINE

By: */s/ Stanley Abraham*
Stanley Abraham*
  *Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
Stanley.Abraham@maine.gov
*Attorneys for the State of Maine*

**WILLIAM TONG**
  ATTORNEY GENERAL OF CONNECTICUT

By: */s/ Ashley Meskill*
Ashley Meskill*
  *Assistant Attorney General*
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5270
ashley.meskill@ct.gov
*Attorneys for the State of Connecticut*

**ANNE E. LOPEZ**
  ATTORNEY GENERAL OF HAWAIʻI

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
*Attorneys for the State of Hawaiʻi*

**ANTHONY G. BROWN**
  ATTORNEY GENERAL OF MARYLAND

By: */s/ Virginia A. Williamson*
Virginia A. Williamson*
  *Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6584
VWilliamson@oag.state.md.us
*Attorneys for the State of Maryland*

**ANDREA JOY CAMPBELL**
  ATTORNEY GENERAL OF MASSACHUSETTS

By: /s/ Hannah C. Vail
Katherine Dirks*
  Chief State Trial Counsel
Hannah C. Vail*
  Assistant Attorney General
Office of the Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
(617) 963-2512
katherine.dirks@mass.gov
hannah.vail@mass.gov
*Attorneys for the
Commonwealth of Massachusetts*

**KEITH ELLISON**
  ATTORNEY GENERAL OF MINNESOTA

By: /s/ Brian S. Carter
Brian S. Carter*
  Special Counsel
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
(651) 300-7403
Brian.carter@ag.state.mn.us
*Attorneys for the State of Minnesota*

**RAÚL TORREZ**
  ATTORNEY GENERAL OF NEW MEXICO

By: /s/ Mark Noferi
Mark Noferi*
  Senior Litigation Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060
MNoferi@nmdoj.gov
*Attorneys for the State of New Mexico*

**DANA NESSEL**
  ATTORNEY GENERAL OF MICHIGAN

By: /s/ Neil Giovanatti
Neil Giovanatti*
John Pallas*
  Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PallasJ@michigan.gov
*Attorneys for the State of Michigan*

**AARON D. FORD**
  ATTORNEY GENERAL OF NEVADA

By: /s/ Heidi Parry Stern
Heidi Parry Stern*
  Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov
*Attorneys for the State of Nevada*

**LETITIA JAMES**
  ATTORNEY GENERAL OF NEW YORK

By: /s/ Natasha M. Korgaonkar
Natasha M. Korgaonkar*
  Special Counsel for Federal Initiatives
Rabia Muqaddam*
  Chief Counsel for Federal Initiatives
Zoe Levine*
  Special Counsel for Immigrant Justice
Benjamin Liebowitz*
  Assistant Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6557
Natasha.Korgaonkar@ag.ny.gov
*Attorneys for the State of New York*

**DAN RAYFIELD**
  Attorney General of Oregon

By: /s/ Thomas H. Castelli
Thomas H. Castelli*
  *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
thomas.castelli@doj.oregon.gov
*Attorneys for the State of Oregon*

**NICHOLAS W. BROWN**
  Attorney General of Washington

By: /s/ Benjamin Seel
Benjamin Seel*
Tyler Roberts*
  *Assistant Attorneys General*
Marsha Chien*
Cristina Sepe*
  *Deputy Solicitors General*
Washington State Office
of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Benjamin.Seel@atg.wa.gov
*Attorneys for the State of Washington*

**CHARITY T. CLARK**
  Attorney General of Vermont

By: /s/ Jonathan T. Rose
Jonathan T. Rose*
  *Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.Rose@vermont.gov
*Attorneys for the State of Vermont*

**JOSHUA L. KAUL**
  Attorney General of Wisconsin

By: /s/ Colin T. Roth
Colin T. Roth*
  *Assistant Attorney General*
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-7636
rothct1@doj.state.wi.us
*Attorneys for the State of Wisconsin*

*\*Pro hac vice application forthcoming*