AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| State of New Jersey et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:25-cv-00404 |
| U.S. Department of Justice et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Maureen Henneberg, in her official capacity as Acting Assistant Attorney General for the Office of Justice Programs
Office of Justice Programs
U.S. Department of Justice
999 North Capitol Street, NE
Washington, DC 20531

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: See attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 18, 2025**                               /s/ **Hanorah Tyer-Witek**
                                                         **Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00404

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Maureen Henneberg as Acting AAG for OJP

was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*
on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                    , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*                    ; or

☐ I returned the summons unexecuted because                    ; or

☑ Other *(specify):*  Today, I sent by certified mail (1) a copy of the summons and the complaint to the defendant's address stated on the summons; (2) copies of the same to the Attorney General of the United States in Washington, D.C.; and (3) copies of the same to the civil process clerk at the United States' Attorney's Office for the District of Rhode Island.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date:  

*Server's signature*

William Piva, Investigator
*Printed name and title*

4 Howard Avenue, Cranston, RI, 02920

*Server's address*

Additional information regarding attempted service, etc:

**MATTHEW J. PLATKIN**
  ATTORNEY GENERAL OF NEW JERSEY

By: /s/ *Mayur P. Saxena*
Jeremy M. Feigenbaum*
  *Solicitor General*
Shankar Duraiswamy*
  *Deputy Solicitor General*
Mayur P. Saxena*
  *Assistant Attorney General*
Surinder K. Aggarwal*
Bassam F. Gergi*
Anaiis Gonzalez*
Olivia C. Mendes*
Phoenix N. Meyers*
Sarah Nealon*
Daniel Resler*
Nathaniel F. Rubin*
  *Deputy Attorneys General*

New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5365
Mayur.Saxena@law.njoag.gov
*Attorneys for the State of New Jersey*

**PETER F. NERONHA**
  ATTORNEY GENERAL OF RHODE ISLAND

By: /s/ *Patrick J. Dolan*
Patrick J. Dolan (RI No. 10462)
  *Senior Counsel to the Attorney General*
Leonard Giarrano IV (RI No. 10731)
  *Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400
PDolan@riag.ri.gov
LGiarrano@riag.ri.gov
*Attorneys for the State of Rhode Island*

**ROB BONTA**
  ATTORNEY GENERAL OF CALIFORNIA

Michael L. Newman*
  *Senior Assistant Attorney General*
Joel Marrero*
James E. Stanley*
  *Supervising Deputy Attorneys General*
Brandy Doyle*
Luke Freedman*
Heidi Joya*
Newton Knowles*
Deylin Thrift-Viveros*
Delbert Tran*
  *Deputy Attorneys General*

By: /s/ *Lee I. Sherman*
Lee I. Sherman*
  *Deputy Attorney General*
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
(213) 269-6000
lee.sherman@doj.ca.gov
*Attorneys for the State of California*

**KATHLEEN JENNINGS**
  ATTORNEY GENERAL OF DELAWARE

By: /s/ *Vanessa L. Kassab*
Ian R. Liston*
  *Director of Impact Litigation*
Vanessa L. Kassab*
  *Deputy Attorney General*
Rose Gibson*
  *Assistant Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov
*Attorneys for the State of Delaware*

**KWAME RAOUL**
  ATTORNEY GENERAL OF ILLINOIS

By: /s/ *Alex Hemmer*
Alex Hemmer*
  *Deputy Solicitor General*
Christopher G. Wells*
  *Chief of the Public Interest Division*
Michael M. Tresnowski*
R. Henry Weaver*
  *Assistant Attorneys General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 590-7932
alex.hemmer@ilag.gov
*Attorneys for the State of Illinois*

**PHILIP J. WEISER**
  ATTORNEY GENERAL OF COLORADO

By: */s/ David Moskowitz*
David Moskowitz\*
  *Deputy Solicitor General*
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov
*Attorneys for the State of Colorado*

**BRIAN L. SCHWALB**
  ATTORNEY GENERAL OF THE DISTRICT OF COLUMBIA

By: */s/ Mitchell P. Reich*
Mitchell P. Reich\*
  *Senior Counsel to the Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov
*Attorneys for the District of Columbia*

**AARON M. FREY**
  ATTORNEY GENERAL OF MAINE

By: */s/ Stanley Abraham*
Stanley Abraham\*
  *Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
Stanley.Abraham@maine.gov
*Attorneys for the State of Maine*

**WILLIAM TONG**
  ATTORNEY GENERAL OF CONNECTICUT

By: */s/ Ashley Meskill*
Ashley Meskill\*
  *Assistant Attorney General*
Connecticut Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5270
ashley.meskill@ct.gov
*Attorneys for the State of Connecticut*

**ANNE E. LOPEZ**
  ATTORNEY GENERAL OF HAWAIʻI

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day\*
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes\*
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
*Attorneys for the State of Hawaiʻi*

**ANTHONY G. BROWN**
  ATTORNEY GENERAL OF MARYLAND

By: */s/ Virginia A. Williamson*
Virginia A. Williamson\*
  *Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6584
VWilliamson@oag.state.md.us
*Attorneys for the State of Maryland*

**ANDREA JOY CAMPBELL**
   ATTORNEY GENERAL OF MASSACHUSETTS

By: /s/ Hannah C. Vail
Katherine Dirks*
  *Chief State Trial Counsel*
Hannah C. Vail*
  *Assistant Attorney General*
Office of the Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
(617) 963-2512
katherine.dirks@mass.gov
hannah.vail@mass.gov
*Attorneys for the*
*Commonwealth of Massachusetts*

**KEITH ELLISON**
   ATTORNEY GENERAL OF MINNESOTA

By: /s/ Brian S. Carter
Brian S. Carter*
  *Special Counsel*
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
(651) 300-7403
Brian.carter@ag.state.mn.us
*Attorneys for the State of Minnesota*

**RAÚL TORREZ**
   ATTORNEY GENERAL OF NEW MEXICO

By: /s/ Mark Noferi
Mark Noferi*
  *Senior Litigation Counsel*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060
MNoferi@nmdoj.gov
*Attorneys for the State of New Mexico*

**DANA NESSEL**
   ATTORNEY GENERAL OF MICHIGAN

By: /s/ Neil Giovanatti
Neil Giovanatti*
John Pallas*
  *Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PallasJ@michigan.gov
*Attorneys for the State of Michigan*

**AARON D. FORD**
   ATTORNEY GENERAL OF NEVADA

By: /s/ Heidi Parry Stern
Heidi Parry Stern*
  *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov
*Attorneys for the State of Nevada*

**LETITIA JAMES**
   ATTORNEY GENERAL OF NEW YORK

By: /s/ Natasha M. Korgaonkar
Natasha M. Korgaonkar*
  *Special Counsel for Federal Initiatives*
Rabia Muqaddam*
  *Chief Counsel for Federal Initiatives*
Zoe Levine*
  *Special Counsel for Immigrant Justice*
Benjamin Liebowitz*
  *Assistant Attorney General*
28 Liberty Street
New York, NY 10005
(212) 416-6557
Natasha.Korgaonkar@ag.ny.gov
*Attorneys for the State of New York*

**DAN RAYFIELD**
  ATTORNEY GENERAL OF OREGON

By: */s/ Thomas H. Castelli*
Thomas H. Castelli*
  *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
thomas.castelli@doj.oregon.gov
*Attorneys for the State of Oregon*

**NICHOLAS W. BROWN**
  ATTORNEY GENERAL OF WASHINGTON

By: */s/ Benjamin Seel*
Benjamin Seel*
Tyler Roberts*
  *Assistant Attorneys General*
Marsha Chien*
Cristina Sepe*
  *Deputy Solicitors General*
Washington State Office
of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Benjamin.Seel@atg.wa.gov
*Attorneys for the State of Washington*

**CHARITY T. CLARK**
  ATTORNEY GENERAL OF VERMONT

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
  *Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.Rose@vermont.gov
*Attorneys for the State of Vermont*

**JOSHUA L. KAUL**
  ATTORNEY GENERAL OF WISCONSIN

By: */s/ Colin T. Roth*
Colin T. Roth*
  *Assistant Attorney General*
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-7636
rothct1@doj.state.wi.us
*Attorneys for the State of Wisconsin*

*Pro hac vice application forthcoming*