IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>                              Plaintiffs,<br><br>*v.*<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>                              Defendants. | Civil Action No.<br>25-cv-404-JJM-AEM |

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED and AGREED by and between undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), that:

1. Defendants' time to answer, move to dismiss, or otherwise respond to the Complaint for Declaratory and Injunctive Relief, Dkt. 1, filed on August 18, 2025 ("Complaint"), is extended from December 19, 2025, to January 20, 2026.

2. As set forth below, good cause exists for the agreed extension.

3. The Complaint challenges language in various Notices of Funding Opportunity ("NOFOs") administered by the Office for Victims of Crime ("OVC") within the Department of Justice's Office of Justice Programs ("OJP"). *See* Dkt. 1. Counsel have conferred in good faith regarding the timing and scope of this litigation, and seek to negotiate a case schedule that will allow the Court to resolve the contested issues in the case efficiently. Counsel for Defendants and Plaintiffs agree that a 30-day extension of Defendants' deadline to respond to the Complaint is prudent and necessary to allow these negotiations to continue.

4.  IT IS FURTHER STIPULATED AND AGREED that this extension does not constitute a waiver of any claim, right, or defense.

5.  The requested extension will not affect any of the other dates or deadlines that may be set in the case.

Dated: December 19, 2025               Respectfully submitted,

| | |
|---|---|
| MATTHEW J. PLATKIN<br>ATTORNEY GENERAL OF NEW JERSEY<br><br>/s/ *Mayur P. Saxena*<br><br>MAYUR P. SAXNEA<br>(NJ Bar #036502006)<br>Assistant Attorney General<br>New Jersey Office of the Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>(609) 696-5365<br>Mayur.Saxena@law.njoag.gov<br>*Attorneys for the State of New Jersey*<br><br>*Counsel for Plaintiffs* | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ANDREW WARDEN<br>Assistant Branch Director<br><br>/s/ *Natalie M. Villalon*<br><br>NATALIE M. VILLALON<br>(DC Bar #90015127)<br>Trial Attorney<br>DOJ, Civil Division,<br>Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Phone: (202) 860-9963<br>Natalie.M.Villalon@usdoj.gov<br><br>*Counsel for Defendants* |