**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF NEW JERSEY, *et al.*,<br><br>                    Plaintiffs,<br><br>*v.*<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>                    Defendants. | Civil Action No.<br>25-cv-404-JJM-AEM |

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED and AGREED by and between undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), that:

1.      Defendants' time to answer, move to dismiss, or otherwise respond to the Complaint for Declaratory and Injunctive Relief, Dkt. 1, filed on August 18, 2025 ("Complaint"), is extended from January 20, 2026, to February 19, 2026.

2.      As set forth below, good cause exists for the agreed extension.

3.      The Complaint challenges language in various Notices of Funding Opportunity ("NOFOs") administered by the Office for Victims of Crime ("OVC") within the Department of Justice's Office of Justice Programs ("OJP"). *See* Dkt. 1. Since the filing of the Complaint, Defendants have issued OVC-administered awards to Plaintiffs that do not include the challenged language, while also issuing NOFOs for additional grant programs that include the challenged language. In light of these ongoing developments, counsel continue to confer in good faith regarding the scope of Plaintiffs' claims and the timing of this litigation in an effort to set a case schedule that will allow the Court to resolve the contested issues in the case efficiently.

4.      Counsel have made material progress in these discussions, but agree that an additional 30-day extension of Defendants' deadline to respond to the Complaint is prudent and necessary to allow these negotiations to continue.

5.      IT IS FURTHER STIPULATED AND AGREED that this extension does not constitute a waiver of any claim, right, or defense.

6.      The requested extension will not affect any of the other dates or deadlines that may be set in the case.

Dated: January 20, 2026                          Respectfully submitted,


MATTHEW J. PLATKIN                        BRETT A. SHUMATE
ATTORNEY GENERAL OF NEW JERSEY            Assistant Attorney General
                                          Civil Division

/s/ *Mayur P. Saxena*                     ANDREW WARDEN
                                          Assistant Branch Director
MAYUR P. SAXNEA
(NJ Bar #036502006)                       /s/ *Natalie M. Villalon*
Assistant Attorney General
New Jersey Office of the Attorney         NATALIE M. VILLALON
General                                   (DC Bar #90015127)
124 Halsey Street, 5th Floor              Trial Attorney
Newark, NJ 07101                          DOJ, Civil Division,
(609) 696-5365                            Federal Programs Branch
Mayur.Saxena@law.njoag.gov                1100 L Street, N.W.
*Attorneys for the State of New Jersey*   Washington, D.C. 20005
                                          Phone: (202) 860-9963
*Counsel for Plaintiffs*                  Natalie.M.Villalon@usdoj.gov

                                          *Counsel for Defendants*