**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND**

STATE OF NEW JERSEY, *et al.*,

               Plaintiffs,

*v.*

UNITED STATES DEPARTMENT OF
JUSTICE, *et al.*,

               Defendants.

Civil Action No.
25-cv-404-JJM-AEM

**JOINT STATUS REPORT**

In accordance with the Court's June 29, 2026 Text Order, the parties have met and conferred and respectfully file this Joint Status Report.

1.      By way of background, the United States Department of Justice ("DOJ")'s Office of Justice Programs ("OJP") is DOJ's primary grantmaking component, and contains multiple program offices, including the Office for Victims of Crime ("OVC"), the Bureau of Justice Assistance ("BJA"), the Office of Juvenile Justice and Delinquency Prevention ("OJJDP"), the Bureau of Justice Statistics ("BJS"), and the National Institute of Justice ("NIJ").

2.      On August 18, 2025, Plaintiff States filed a Complaint challenging language contained in various Notices of Funding Opportunity ("NOFOs") for Fiscal Year ("FY") 2025 OVC grants administered by OJP stating that "[a]ny program or activity that, directly or indirectly, violates (or promotes or facilitates the violation of) federal immigration law (including 8 U.S.C. § 1373) or impedes or hinders the enforcement of federal immigration law—including by failing to comply with 8 U.S.C. § 1373, give access to DHS agents, or honor DHS requests and provide requested notice to DHS agents" is "out of the program scope and will not be funded" (the "Challenged Provision"). *See* Dkt. 1.

1

3.    In late 2025 and early 2026, OJP issued NOFOs for dozens of additional OVC, OJJDP, BJA, BJS, and NIJ formula and competitive grant programs that contain provisions substantially similar to the Challenged Provision.

4.    On February 13, 2026, the Court entered the parties' Joint Stipulation and Motion to Hold Case in Abeyance, Dkt. 45, staying all pending deadlines and holding this case in abeyance up to 120 days from the date the Court entered the stipulation, *i.e.*, June 13, 2026, and no party requested that the abeyance be lifted before that date.

5.    On June 29, 2026, the Court issued a text order stating: "The Court continues to hold this case in abeyance until the earlier of (a) Plaintiff notifying the Court of the issuance of an award for a FY 2025 OJP grant for which any Plaintiff State has applied that contains the Challenged Provision; or (b) Plaintiffs notifying the Court that OJP has issued all FY 2025 grants without including the Challenged Provision in any award to any Plaintiff State. If (a) occurs, then Plaintiffs shall file an Amended Complaint within 30 days for the occurrence in (a)."

6.    In accordance with the Court's June 29, 2026 text order, Plaintiffs hereby provide notice to the Court that Defendants have issued awards for three FY 2025 OJP grants for which Plaintiff States have applied that contain the Challenged Provision: (1) the Edward Byrne Memorial Justice Assistance Formula Grant ("Byrne JAG"), (2) the Byrne State Crisis Intervention Program Formula Grant ("Byrne SCIP"), and (3) the OJJDP Title II Formula Grant ("Title II").

7.    Defendants are unable to confirm at this time the schedule for the issuance of the additional outstanding FY 2025 awards for the FY 2025 OJP grants for which Plaintiff States have applied. In addition, it is currently unknown whether the Challenged Provision will be omitted from the award agreements for those grant awards when they are issued.

8.    The deadlines for Plaintiff States to accept their FY 2025 Byrne JAG, Byrne SCIP, and Title II awards are on or about August 27, 2026.

9.    Defendants have agreed to extend these award acceptance deadlines for Plaintiff States and their political subdivisions, including any State that joins this action as a Plaintiff

pursuant to the filing of an amended and supplemental complaint, as well as the political subdivisions of any such State, until November 15, 2026.

10.    Accordingly, the parties jointly propose the following schedule for management of the case:

    a.  Plaintiffs will file an amended and supplemental complaint by August 21, 2026.

    b.  Defendants will produce the administrative record by August 28, 2026.

    c.  Plaintiffs will file a motion for summary judgment by September 4, 2026.

    d.  Defendants will file a cross-motion for summary judgment by September 18, 2026.

    e.  Plaintiffs will file an opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment by September 28, 2026.

    f.  Defendants will file an opposition to Plaintiffs' cross-motion for summary judgment and reply in support of Defendants' motion for summary judgment by October 8, 2026.

11.    Based on this briefing schedule, the parties respectfully request that the Court hold oral argument and issue a decision disposing of the cross-motions for summary judgment by November 15, 2026.

12.    In the event that Defendants issue any additional awards after the date of this Joint Status Report for FY 2025 OJP grants for which Plaintiff States have applied, the parties will meet and confer and, if appropriate, propose a revised schedule to the Court.

13.    The Parties have endeavored to carry as much of the burden of this expedited schedule as possible, but are available to appear for a status conference at the Court's convenience.

Dated: August 10, 2026                              Respectfully submitted,


JENNIFER DAVENPORT                                  BRETT A. SHUMATE
ACTING ATTORNEY GENERAL                             Assistant Attorney General
OF NEW JERSEY                                       Civil Division

/s/ *Mayur P. Saxena*
                                                    /s/ *Andrew Warden*
MAYUR P. SAXENA                                     ANDREW WARDEN
(NJ Bar #036502006)                                 (IN Bar No. 23840-49)
Assistant Attorney General                          Assistant Branch Director
New Jersey Office of the Attorney                   NATALIE M. VILLALON
General                                             (DC Bar #90015127)
124 Halsey Street, 5th Floor                        Trial Attorney
Newark, NJ 07101                                    DOJ, Civil Division,
(609) 696-5365                                      Federal Programs Branch
Mayur.Saxena@law.njoag.gov                          1100 L Street, N.W.
*Attorneys for the State of New Jersey*             Washington, D.C. 20005
                                                    Phone: (202) 616-5084
*Counsel for Plaintiffs*                            Andrew.Warden@usdoj.gov

                                                    *Counsel for Defendants*

4