OMB No. 1121-0329
Approval Expires 02/28/2027

# BJA FY 2025/2026 Project Safe Neighborhoods Formula Grant Program

Grants.gov Funding Opportunity Number: O-BJA-2026-172654

## Application Deadlines in Eastern Time (ET):

1. Complete SF-424 and submit in Grants.gov: **August 20, 2026, by 11:59 PM ET**
2. Submit full application in JustGrants: **August 27, 2026, by 8:59 PM ET**

## Contents

1. Basic Information ........................................................ 4

2. Eligibility ................................................................. 6

3. Program Description .................................................. 8

4. Application Contents and Format .............................11

5. Submission Requirements and Deadlines................ 15

6. Application Review Information ................................ 15

7. Award Notices ........................................................... 15

8. Post-Award Requirements & Administration........... 15

9. Questions?................................................................ 16

# 1. BASIC INFORMATION

## Purpose of the Funding

The Office of Justice Programs (OJP) is committed to advancing work that furthers the U.S. Department of Justice's (DOJ) mission to keep our country safe and secure and uphold the rule of law and protect the rights of American citizens. OJP provides federal leadership, funding, and other critical resources to directly support law enforcement, combat violent crime, protect American children, provide services to American crime victims, and address public safety challenges, including human trafficking and the opioid crisis.

This is a notice of funding opportunity (NOFO) for the **BJA FY2025/2026 Project Safe Neighborhoods (PSN) Formula Grant Program**. This opportunity provides combined FY 2025 and FY 2026 appropriations to support comprehensive violent crime reduction strategies coordinated by the U.S. Attorney's Offices (USAOs) in the 94 federal judicial districts throughout the 50 states and the U.S. territories.

PSN is a nationwide initiative that brings together federal, state, local, tribal, and territorial law enforcement officials, prosecutors, community-based partners, and other stakeholders to address violent crime through coordinated enforcement strategies that target criminal organizations, dangerous offenders, and threats to public safety, including those posed by transnational criminal organizations (TCOs), drug trafficking, human trafficking, and violent criminal aliens. This program is a central element of the DOJ's efforts to empower prosecutors and law enforcement to protect their communities from ongoing threats and to implement the core policy objectives of "Operation Take Back America."

The purpose of the PSN Program is to facilitate coordinated federal, state, local, tribal and territorial law enforcement efforts in each federal judicial district to create safer neighborhoods through sustained reductions in violent crimes. The three overarching core principles of PSN include:

1. Rapid response to violent crime
    - Charging the most serious, readily provable offenses with enhanced penalties where appropriate.
    - Prompt charging to ensure consequences are quickly enforced.
2. Strategic federal, state, local, and tribal partnerships
    - Strategic partnerships, coordination, and information sharing among federal, state, local and tribal law enforcement and other public safety partners to target dangerous offenders and criminal networks, including criminal aliens.
3. Accountability and deterrence to promote public safety

- PSN District Plans and annual reporting of accomplishments are tools for accountability and key for assessing PSN progress.

The PSN District Plan, which replaces what was formerly called the PSN Strategic Plan, provides a framework to identify specific strategies that USAOs will use to implement PSN according to the three core principles listed above and the priorities laid out in March 2025 "Operation Take Back America" memorandum. The strategies and focus areas identified in each District Plan inform the priorities, project goals, and objectives for use of this program's grant funding.

This program awards formula funds to certified fiscal agents in each federal district to support the implementation of the district's PSN strategies. **See the Eligibility section for complete fiscal agent requirements and responsibilities.** The selected fiscal agent will make subawards to or enter into contracts with entities that will carry out activities supporting the district's PSN grant strategy.

The PSN Team in each federal judicial district, under the direction and guidance of the applicable USAO, will develop a District Plan to address the district's most pressing violent crime problems and that align with the DOJ's violent crime strategy. The PSN Team identifies strategies that should be prioritized for grant funding. All funding decisions must be made by a non-conflicted, non-federally employed PSN selection committee. The fiscal agent administers the awards and the PSN Coordinator serves as a liaison between the agencies and individuals.

See the Eligible Applicants section for eligibility details.

## Funding Details

| | |
|---|---|
| **Announcement Type** | Initial |
| **Assistance Listing Number** | 16.609 |
| **Statutory Authority** | Pub. L. No. 115-185 (codified at 34 U.S.C. 60701-60705 |
| **Grants.gov Opportunity Number** | O-BJA-2026-172654 |
| **Expected Total Amount of Funding** | $27,392,795 (combining FY 2025 and FY 2026 appropriations) |
| **Anticipated Number of Awards** | 93 (one award per federal judicial district covering both fiscal years) |
| **Award Type(s)** | Grant |
| **Anticipated Award Amount** | Awards to be determined by formula calculation |
| **Expected Award Period(s)** | 48 months starting on October 1, 2026 |

## Key Dates and Times

| | |
|---|---|
| **NOFO Release Date** | July 13, 2026 |
| **SAM.gov Registration/Renewal** | Begin the process by July 21, 2026, and no later than August 6, 2026 |
| **Step 1: Grants.gov Deadline** | 11:59 p.m. ET on August 20, 2026 |
| **Step 2: JustGrants Deadline** | 8:59 p.m. ET on August 27, 2026 |
| **Anticipated Notification Date** | By September 30, 2026 |

See Questions? at the end of this NOFO for agency contact information.

# 2. ELIGIBILITY

## Eligible Applicants

The types of entities that are eligible to apply are:

**Other**

**“Other” Entities Definition:**

- Certified PSN Team fiscal agents for the federal judicial districts

**While developing your application, applicants should refer to the 2025/2026 PSN allocation amounts for their district. You can access the allocations here: https://bja.ojp.gov/program/psn/overview.**

**Fiscal Agent Roles and Responsibilities**
All fiscal agents must be certified by the relevant district's United States Attorney (USA). Eligible USA-certified fiscal agents include states, units of local government, educational institutions, faith-based and other community organizations, private non-profit organizations (including tribal nonprofits), and federally recognized American Indian tribal governments (as determined by the Secretary of the Interior).

**It is strongly recommended that fiscal agents have experience overseeing and accounting for funds, especially federal grant funds.**

Each fiscal agent will be required to fulfill the following responsibilities:

- **Application and Subaward Management:**
    - Organize, draft, and submit the required PSN application and subaward materials based on project information provided by the PSN Team and Selection Committee

  - Write subaward notices of funding opportunities that align with DOJ priorities (if applicable)
  - Draft contracts and subaward notices using project-related information from the PSN Team (if applicable)
  - Post and distribute NOFOs (if applicable)
  - Notify subrecipients and vendors of award selection
  - Establish a process to award and monitor each subaward to ensure recipients adhere to the financial and administrative rules in the DOJ Grants Financial Guide

- **Financial Management:**
  - Account for all funds awarded
  - Draw down federal funds as needed and keep the PSN Team informed about challenges and problems
  - Make payments to each contractor or subrecipient and keep the PSN Team informed about challenges and problems
  - Charge only the approved indirect cost rate to cover costs associated with implementing the PSN grant strategy
  - Retain up to 10% of the grant allocation for administrative costs

- **Compliance and Reporting:**
  - Prepare all required federal reports
  - Work with BJA staff to submit Grant Adjustment Modifications (GAMs) as needed
  - Provide requested information and revisions in a timely manner
  - Work with federal monitors and auditors as needed
  - Complete the DOJ Grants Financial Management training online or in person within 120 days of accepting the federal grant award, unless the fiscal agent award administrator and financial manager have already done so
  - Ensure compliance with all award conditions

**Note:** All grant funding decisions must be made by a nonfederal, nonconflicted PSN selection committee. However, in some instances, nonfederal, nonconflicted PSN Team members may determine that the fiscal agent is the most appropriate entity to carry out aspects of the district's PSN grant strategy in addition to administering the grant. In these cases, the fiscal agent can retain PSN funds beyond the 10 percent administrative allocation to support allowable activities associated with implementing the PSN grant strategy. The fiscal agent's grant application and budget must reflect input from the PSN team, the agreed-upon distribution of funds for all proposed grant project goals, and clear documentation of the decision and team participants.

**Cost Sharing (Match) Requirement:** This NOFO does **not** require cost sharing (match).

### Additional Eligibility Factors

**Certifications:** You must submit the following certifications. See Additional Application Components for how to submit.

**Fiscal Agent Certification Letter:** The applicant will provide a letter to BJA signed by the applicable USA certifying the fiscal agent applicant. If an applicant is a fiscal agent or other entity that has not received the required certification by its local USA, its application will not be considered for funding.

## 3. PROGRAM DESCRIPTION

### Statutory Authority

Pub. L. No. 115-185 (codified at 34 U.S.C. 60701-60705)

Note: This funding opportunity combines FY 2025 and FY 2026 PSN Formula Grant appropriations into a single award to each federal judicial district. The combined funding approach allows districts to implement comprehensive, multi-year violent crime reduction strategies aligned with Operation Take Back America priorities.

### Agency Funding Priorities

In order to advance public safety and help meet its mission, OJP's priorities include:

a. Directly supporting law enforcement operations (including immigration law enforcement operations);
b. Combatting violent crime;
c. Supporting services to American citizens;
d. Protecting American children; and
e. Supporting American victims of trafficking and sexual assault.

**Unallowable Activities:** The following are certain unallowable costs and certain activities that are out of the program scope and will not be funded.

1. Out of program scope is any program or activity, at any tier that, directly or indirectly, violates (or promotes or facilitates the violation of) federal immigration law (including 8 U.S.C. § 1373) or impedes or hinders the enforcement of federal immigration law—including by failing to comply with 8 U.S.C. § 1373, give access to DHS agents, or honor DHS requests and provide requested notice to DHS agents.

2. Out of program scope is any program or activity, at any tier that violates any applicable Federal civil rights or nondiscrimination law. This includes violations that – (1) indirectly violate the law, including by promoting or facilitating violations; or (2) unlawfully favor individuals in any race or protected group, including on a majority or minority, or privileged or unprivileged, basis, within a given area, population, or sector.

3. As specified in the DOJ Grants Financial Guide, in Chapter 3.13 “Unallowable Costs” (“Legal Services for Aliens”), any obligations of funds, at any tier, under this award to provide (or to support the provision of) legal services to any removable alien or any alien otherwise unlawfully present in the United States shall be unallowable costs for purposes any award made under this notice, but the foregoing shall not be understood to apply— (1) to legal services to obtain protection orders for victims of crime; or (2) to immigration-related legal services that may be expressly authorized or required by any law, or any judicial ruling, governing or applicable to the award.

## Goals and Objectives of This Funding Opportunity

**Goal: Identify and address the most pressing violent crime problems in a community by developing comprehensive solutions, building partnerships, and employing a data-driven problem-solving approach in support of Operation Take Back America.**

- **Objective 1:** Create and implement sustainable collaborations and comprehensive violent crime reduction strategies with federal, state, local, tribal, and territorial (where applicable) law enforcement officials, prosecutors, community-based partners, and other stakeholders to address the most pressing violent crime problems in a community.
- **Objective 2:** Use intelligence and data to identify violent crime drivers and individuals at risk of violence, victimization, or perpetration to intervene, prevent, and improve outcomes.
- **Objective 3:** Support the implementation of specific crime reduction activities and resource requirements in collaboration with all relevant partners and stakeholders.
- **Objective 4:** Increase prosecutions of violent criminal organizations through coordinated efforts with federal taskforces and regional Organized Crime Drug Enforcement Task Forces (OCDETF) Strike Forces.
- **Objective 5:** Leverage existing task force structures to focus on investigative and prosecutorial resources for dismantling networks involved in human trafficking and drug trafficking.
- **Objective 6:** Develop and implement a data-driven strategy to inform how PSN grant funds are used to support the district’s violent crime reduction strategy including implementing standardized metrics to track investigations, prosecutions, and case outcomes involving organized crime, human trafficking and drug trafficking, gangs/transnational organization, and immigration enforcement.

For a description of how awards under this NOFO will contribute to achieving these goals and objectives, see the Performance Reports section below.

## Expected Outcomes

OJP expects recipients to submit deliverables and performance reports, as described below. Read the Application Resource Guide for more information. OJP will measure success by reviewing a recipient's submission of performance reports and data and the extent to which project implementation reflects progress toward the goals and objectives of this NOFO, including alignment with Operation Take Back America priorities.

### Deliverables

Recipients will be expected to submit the following:

- If the grant supports the activities of a research partner, a final analysis report of the PSN project as an attachment to the Final Progress Report.

### Performance Reports

OJP requires recipients to submit regular performance reports that communicate progress toward achieving Program Goals and Objectives. Read information on performance reporting.

Award recipients will receive further guidance on post award reporting requirements.

# 4. APPLICATION CONTENTS AND FORMAT

## Application Contents List

The table below lists the contents for your application. Refer to the DOJ Grant Application Submission Checklist for application instructions.

| Application Item | Submission Type |
|---|---|
| **Step 1: Grants.gov** | |
| Application for Federal Assistance: SF-424 ***Required*** | Online Form |
| **Step 2: JustGrants** | |
| Standard Applicant Information ***Required*** | Online Form |
| Proposal Abstract ***Required*** | Text Box |
| Data Requested With Application<br>• Financial Management and System of Internal Controls Questionnaire (including Applicant Disclosure of High-Risk Status) | Online Form |

| | |
|---|---|
| Proposal Narrative ***Required*** | Attachment |
| Budget ***Required*** | Online Form |
| Other Budget/Financial Attachments<br>• Indirect Cost Rate Agreement (if applicable)<br>• Consultant Rate (if applicable)<br>• Limitation on Use of Award Funds for Employee Compensation for Awards Over $250,000; Waiver (if applicable)<br>• Disclosure of Process Related to Executive Compensation (if applicable) | Attachment |
| Additional Application Components<br>• Fiscal Agent Certification Letter ***Required***<br>• List of Subaward Recipients (if known)<br>• Timeline<br>• Research and Evaluation Independence and Integrity Statement (if applicable) | Attachment |

## Standard Applicant Information

Review and edit as needed the information imported from the SF-424 submitted in Grants.gov. Add ZIP codes for areas affected by the project.

## Proposal Abstract ***Required***

In JustGrants, enter a proposal abstract (limited to 2,000 characters) summarizing the proposed project. As abstracts for funded projects are public, do not include any personally identifying information (*e.g.,* staff names). The abstract should include the following information:

- The name of the applicant's proposed project.
- The purpose of the proposed project (*i.e.*, what the project will do and why it is necessary, including how it supports Operation Take Back America priorities).
- How the combined FY 2025-2026 funding will support sustained implementation of the district's violent crime reduction strategy.
- Where the project will take place (*i.e.*, the service area, if applicable).
- Who will be served by the project (*i.e.*, who will be helped or have their needs addressed by the project).
- What activities will be carried out to complete the project.
- The subrecipient(s)/partner organizations or entities, if known.

- Deliverables and expected outcomes (*i.e.*, what the project will achieve).

View an example of a proposal abstract.

## Data Requested With Application

**Financial Management and System of Internal Controls Questionnaire (including Applicant Disclosure of High-Risk Status)**

Review information on this questionnaire.

## Proposal Narrative *Required*

**Format of the Proposal Narrative**

Submit the narrative as an attachment in JustGrants. The document should:

- Be double-spaced, using a standard 12-point size font
- Have no less than 1-inch margins
- Have numbered pages
- Not exceed 10 pages

**Sections of the Proposal Narrative**

The Proposal Narrative must include the five sections listed below.

**1. Description of the Need:** This section must identify the violent crime issue(s) to be addressed through this grant award in support of Operation Take Back America priorities, the data used to identify the violent crime issue, the selected targeted enforcement area(s), and the key partners who need to be included in project activities. Please include:

- What type of violent crime issue(s), challenge(s), and/or driver(s) will your grant strategy address? What will your grant strategy focus on to address the effects of gangs and/or transnational criminal organizations (TCOs)?
- Which geographical area(s) will be the focus of your PSN grant strategy, and what is driving violence in this area(s)?
- What type of data did you use to analyze the violent crime issue in your district?
- To what extent do violent crimes by criminal aliens contribute to public safety challenges? What coordination with federal authorities would enhance investigation and prosecution?
- Which agencies/types of agencies assisted in the assessment of your violent crime issue(s)/challenges?
- How has the input of stakeholder organizations been incorporated into the grant strategy?
- What community resources (community-based organizations, state and local social service providers, public health, and behavioral health resources, etc.) will be leveraged to assist in the grant strategy's implementation?

**2. Project Goals and Objectives:** How will the proposed project address the need identified and address the purpose of the NOFO? Please include:

- Project goals (goals are broad, visionary statements on what you hope to accomplish) that align with the PSN Team's violent crime reduction strategies for the district. Goals should articulate what you will do to target violent TCOs and gangs, dismantle trafficking networks, enhance federal-state-local coordination, and prosecute serious violent offenders.
- Project objectives (objectives are specific outcomes you plan to achieve through project activities) that include detailed and measurable outcomes such as reductions in shootings, increased arrests, and increasing prosecution rates.
- A description of how the goals and objectives align with Operation Take Back America and PSN goals to reduce violent crime including crimes committed by transnational criminal organizations, violent gangs, and criminal aliens.

**3. Project Design and Implementation:** This section must describe the strategy that will be implemented to address the violent crime issue(s), the roles of key partners, and the data that will be collected and analyzed to inform and measure the grant strategy's outcomes. Please include:

- How the combined FY 2025 and FY 2026 grant funding will be useful in addressing the relevant grant strategy and specific violent crime issue(s), including those related to gangs, organized criminal groups, and human and drug trafficking networks?
- How you will deliver or complete those activities.
- Which agencies will participate in the grant strategy's implementation, and what will be their roles? Please be sure to include the USAO, fiscal agent, applicable PSN Team members, selection committee members, community leaders/ members, and others, as applicable.
- What specific agencies or organizations will receive subawards to support the PSN grant strategy (if known)?
- What will the award amount be for each subaward (if known)
- How will each subawardee use funds to support the grant strategy's goals and objectives?
- What type of data will the fiscal agent and PSN Team use to monitor implementation progress and measure outcomes?
- How often will the data be analyzed?
- Will you collaborate with a research partner to assess your PSN strategy?

4. **Gang Task Force Set-Aside:** Pursuant to 34 U.S.C.§§60701-05, 30 percent of PSN funding must be used to support gang task forces in the regions of the United States "experiencing a significant or increased presence of criminal or transnational organizations engaging in high levels of violent crime, firearms offenses, human trafficking, and drug trafficking." Applicants must clearly describe how they will comply

with the requirement to use 30 percent of grant funds to support the activities of gang task forces. Please see the PSN Frequently Asked Questions to learn more.

- State whether violence in your geographical area(s) is being driven by criminal or transnational organizations.
- If violence is being driven by criminal or transnational organization(s), please describe how 30 percent of the grant funding will support a gang task force(s).
- If violent crime issue(s) is not driven by criminal or transnational organizations, please describe how 30 percent of the grant funding will support the law enforcement objectives within the confines of the 30 percent gang set-aside requirement as defined by this NOFO.

**5. Capabilities and Competencies:** What administrative and technical capacity and expertise do you bring to successfully complete this project?

- Describe how effective communication and coordination among the fiscal agent, the PSN Team, and PSN Coordinator will be implemented throughout the program period.
- Identify personnel other than the team members who are critical to the program's success and discuss their roles, responsibilities, and qualifications.

**Project Evaluations:** An applicant that proposes to use award funds to conduct project evaluations must follow the guidance on project evaluations.

## Budget and Associated Documentation

### Budget *Required*

Use the Budget Detail Worksheet (Web-Based Form) or Separate Attachment (attach file in JustGrants) to submit the budget. Read information on budget preparation and JustGrants Application Submission Training.

- List each cost needed to implement the project under the appropriate cost category.
- Clearly name and describe each cost.
- Show the computation of each cost (*e.g.*, cost per unit, number of units, and total cost).
- Enter narrative, as needed, to explain the cost calculations and connection to your project goals, objectives, and activities.
- Include only costs that are reasonable, allocable, and necessary to implement the project. They must be allowable under the funding statute and agency requirements.[1]

[1] See 2 C.F.R. Part 200, Subpart E and the DOJ Grants Financial Guide. Read information on unallowable costs that apply to all funding opportunities.

The following information specific to this funding opportunity will help you develop your project budget:

- Gang Task Force Set-Aside: Award recipients must allocate 30 percent of grant funds to the investigation and prosecution of criminal and/or transnational organizations in compliance with the gang task force set-aside requirement outlined in the NOFO.
- Multi-Year Budget: This award combines FY 2025 and FY 2026 appropriations. Applicants should develop a budget that reflects the full scope of activities across the 48-month period of performance, demonstrating how combined funding will support sustained violent crime reduction efforts.

**Budget/Financial Attachments**

- **Indirect Cost Rate Agreement (if applicable):** If the budget includes indirect costs calculated using a current, federally approved indirect cost rate, upload your indirect cost rate agreement. Read information about indirect costs.
- **Consultant Rate (if applicable):** Read information on limits to consultant rates and whether you need to request approval to exceed those limits.
- **Limitation on Use of Award Funds for Employee Compensation for Awards Over $250,000; Waiver (if applicable):** Read information on this limitation to determine whether you need to submit a waiver.
- **Disclosure of Process Related to Executive Compensation (if applicable):** An applicant that is a nonprofit organization may be required to make certain disclosures relating to the processes it uses to determine the compensation of its officers, directors, trustees, and key employees. Read information about this disclosure and documentation to upload.

  Applicants to this funding opportunity are not required to provide this disclosure.

## Additional Application Components

Attach these in JustGrants:

- **Fiscal Agent Certification Letter (*Required*):** The applicant will provide a letter to BJA signed by the applicable USA certifying the fiscal agent applicant. If an applicant is a fiscal agent or other entity that has not received the required certification by its local USA, its application will not be considered for funding. See PSN Certification Process for more information including a sample certification letter.
- **List of Subaward Recipients (if known):** The applicant will provide the name, address, and organizational affiliation of all proposed subaward recipients (if known). Note: including this information in the application does not signify subaward approval. Any subaward made by the fiscal agent must be expressly authorized by BJA via GAM post-award before funds can be obligated for subawards.

- **Timeline:** Provide a timeline listing key activities and milestones, and the quarters during which they will take place.
- **Research and Evaluation Independence and Integrity Statement (if applicable):** Read information on whether you may need to submit this statement.

### Disclosures and Assurances

Read the disclosures and assurances and complete them in JustGrants:

- Disclosure of Lobbying Activities
- Disclosure of Duplication in Cost Items (if applicable)
- DOJ Certified Standard Assurances
- DOJ Certifications
- Applicant Disclosure and Justification – DOJ High-Risk Grantees (if applicable)

## 5. SUBMISSION REQUIREMENTS AND DEADLINES

The DOJ Grant Application Submission Checklist provides instructions for how to submit your application by the deadlines. Executive Order (E.O.) 12372 (Intergovernmental Review of Federal Programs does apply to this funding opportunity: read the Application Resource Guide for details. Read OJP's policy for applicants to request late submission due to technical difficulties, severe weather, or natural or manmade disasters.

## 6. APPLICATION REVIEW INFORMATION

OJP will review applications to ensure the information presented is reasonable, understandable, measurable, achievable, and consistent with the goals of the funding opportunity. See the Application Resource Guide for information on the application review process for formula grants, including risk review, and the deciding official.

## 7. AWARD NOTICES

Read about the award notification process.

## 8. POST-AWARD REQUIREMENTS & ADMINISTRATION

Read the Application Resource Guide for more information about standard award terms and conditions, administrative and national policy requirements, and post-award reporting requirements.

# 9. QUESTIONS?

| | |
|---|---|
| **NOFO Contact** | Name: OJP Response Center<br>Phone: 800-851-3420 or 202-353-5556 (TTY for hearing-impaired callers only)<br>Email: OJP.ResponseCenter@usdoj.gov<br>Hours: 9:00 a.m.–5:00 p.m. ET, Monday–Friday |
| **SAM.gov Help Desk** | Website: sam.gov/help<br>Hours: 8 a.m.–8 p.m. ET, Monday–Friday (closed federal holidays) |
| **Grants.gov Help Desk** | Phone: 800-518-4726<br>Email: support@grants.gov<br>Website: grants.gov/support<br>Hours: 24 hours a day, 7 days a week (closed federal holidays) |
| **JustGrants Help Desk** | Phone: 833-872-5175<br>Email: JustGrants.Support@usdoj.gov<br>Hours: 7:00 a.m.–9:00 p.m. ET, Monday–Friday and 9:00 a.m.–5:00 p.m. ET on Saturday, Sunday, and federal holidays. |