OMB No. 1121-0329
Approval Expires 02/28/2027

# OVC FY 2026 Victims of Crime Act (VOCA) Victim Compensation Formula Grant

Grants.gov Funding Opportunity Number: O-OVC-2026-172626

## Application Deadlines in Eastern Time (ET):

1. Complete SF-424 and submit in Grants.gov: **July 8, 2026, by 11:59 p.m. ET**
2. Submit full application in JustGrants: **July 15, 2026, by 8:59 p.m. ET**

Office for Victims of Crime
OVC

## Contents

1. Basic Information ........................................................ 3

2. Eligibility ................................................................. 4

3. Program Description ................................................... 4

4. Application Contents and Format ................................ 6

5. Submission Requirements and Deadlines .................. 8

6. Application Review Information .................................. 8

7. Award Notices ............................................................ 8

8. Post-Award Requirements & Administration ............. 9

9. Questions? ................................................................ 9

# 1. BASIC INFORMATION

## Purpose of the Funding

The Office of Justice Programs (OJP) is committed to advancing work that furthers the U.S. Department of Justice's (DOJ) mission to keep our country safe and secure and uphold the rule of law and protect the rights of American citizens. OJP provides federal leadership, funding, and other critical resources to directly support law enforcement, combat violent crime, protect American children, provide services to American crime victims, and address public safety challenges, including human trafficking and the opioid crisis.

This is a notice of funding opportunity (NOFO) for the **OVC FY 2026 Victims of Crime Act (VOCA) Victim Compensation Formula Grant**. Eligible victim compensation programs can use these funds to provide crime victims with compensation, support, and services to aid their restoration after criminal violence, including costs associated with medical fees, lost income, dependent care, funeral expenses, and relocation expenses.

Each eligible state program will receive a grant equal to 75 percent of what they paid out to victims during the previous two years as victim compensation (excluding property damage payments).

See the Eligible Applicants section for eligibility details.

## Funding Details

| | |
|---|---|
| **Announcement Type** | Initial |
| **Assistance Listing Number** | 16.576 |
| **Statutory Authority** | 34 U.S.C. § 20102 |
| **Grants.gov Opportunity Number** | O-OVC-2026-172626 |
| **Expected Total Amount of Funding** | $191,330,000 |
| **Anticipated Number of Awards** | 53 |
| **Award Type(s)** | Grant |
| **Anticipated Award Amount** | See VOCA Formula Allocation Chart |
| **Expected Award Period(s)** | 48 months starting on October 1, 2025 |

### Key Dates and Times

| | |
|---|---|
| **NOFO Release Date** | May 29, 2026 |
| **SAM.gov Registration/Renewal** | Begin the process as soon as possible and no later than June 23, 2026 |
| **Step 1: Grants.gov Deadline** | 11:59 p.m. ET on July 8, 2026 |
| **Step 2: JustGrants Deadline** | 8:59 p.m. ET on July 15, 2026 |
| **Anticipated Notification Date** | By September 30, 2026 |

See Questions? at the end of this NOFO for agency contact information.

## 2. ELIGIBILITY

### Eligible Applicants

The types of entities that are eligible to apply are:

**Government Entities**

- State governments

**Cost Sharing (Match) Requirement:** This NOFO does **not** require cost sharing (match).

## 3. PROGRAM DESCRIPTION

### Statutory Authority

34 U.S.C. § 20102

### Agency Funding Priorities

In order to advance public safety and help meet its mission, OJP's priorities include:

a. Directly supporting law enforcement operations (including immigration law enforcement operations);
b. Combatting violent crime;
c. Supporting services to American citizens;
d. Protecting American children; and
e. Supporting American victims of trafficking and sexual assault.

**Unallowable Activities:** The following are certain unallowable costs and certain activities that are out of the program scope and will not be funded.

1. Out of program scope is any program or activity, at any tier that, directly or indirectly, violates (or promotes or facilitates the violation of) federal immigration

law (including 8 U.S.C. § 1373) or impedes or hinders the enforcement of federal immigration law—including by failing to comply with 8 U.S.C. § 1373, give access to DHS agents, or honor DHS requests and provide requested notice to DHS agents.

2. Out of program scope is any program or activity, at any tier that violates any applicable Federal civil rights or nondiscrimination law. This includes violations that (1) indirectly violate the law, including by promoting or facilitating violations; or (2) unlawfully favor individuals in any race or protected group, including on a majority or minority, or privileged or unprivileged, basis, within a given area, population, or sector.
3. As specified in the DOJ Grants Financial Guide, in Chapter 3.13 “Unallowable Costs” (“Legal Services for Aliens”), any obligations of funds, at any tier, under this award to provide (or to support the provision of) legal services to any removable alien or any alien otherwise unlawfully present in the United States shall be unallowable costs for purposes any award made under this notice, but the foregoing shall not be understood to apply: (1) to legal services to obtain protection orders for victims of crime; or (2) to immigration-related legal services that may be expressly authorized or required by any law, or any judicial ruling, governing or applicable to the award.

## Goals and Objectives of This Funding Opportunity

**Goal 1: Supplement state and territory efforts to provide financial compensation to crime victims for costs resulting from crime.**

- **Objective 1:** Support state and territory crime victim compensation programs.
- **Objective 2:** Reimburse crime victims for expenses resulting from criminal violence.

For a description of how awards under this NOFO will contribute to achieving these goals and objectives, see the Performance Reports section below.

## Expected Outcomes

OJP expects recipients to submit deliverables and performance reports, as described below. Read the Application Resource Guide for more information. OJP will measure success by reviewing a recipient’s submission of performance reports and data and the extent to which project implementation reflects progress toward the goals and objectives of this NOFO.

### Deliverables

Recipients do not need to submit any deliverables other than the standard items in the Post-Award Requirements and Administration section.

**Performance Reports**

OJP requires recipients to submit regular performance reports that communicate progress toward achieving Program Goals and Objectives. Read information on performance reporting.

A list of performance measure questions for this funding opportunity can be found at VOCA Victim Compensation Performance Measures.

# 4. APPLICATION CONTENTS AND FORMAT

## Application Contents List

The table below lists the contents for your application. Refer to the DOJ Grant Application Submission Checklist for application instructions.

| Application Item | Submission Type |
|---|---|
| **Step 1: Grants.gov** | |
| Application for Federal Assistance: SF-424 | Online Form |
| **Step 2: JustGrants** | |
| Standard Applicant Information | Online Form |
| Data Requested With Application<br>• Financial Management and System of Internal Controls Questionnaire (including Applicant Disclosure of High-Risk Status) | Online Form |
| Proposal Narrative | Attachment |
| Other Budget/Financial Attachments<br>• Indirect Cost Rate Agreement (if applicable) | Attachment |
| Additional Application Components<br>• A Statement Regarding Use of Administrative and Training Funds<br>• State Law Governing the Crime Victim Compensation Program | Attachment |

## Standard Applicant Information

Review and edit as needed the information imported from the SF-424 submitted in Grants.gov. Add ZIP codes for areas affected by the project.

## Data Requested With Application

### Financial Management and System of Internal Controls Questionnaire (including Applicant Disclosure of High-Risk Status)

Review information on this questionnaire.

## Proposal Narrative

### Format of the Proposal Narrative

Submit the narrative as an attachment in JustGrants. The document should:

- Be double-spaced, using a standard 12-point size font
- Have no less than 1-inch margins
- Have numbered pages
- Not exceed 10 pages

### Sections of the Proposal Narrative

Provide a brief description of your agency and the VOCA-funded victim compensation program, describing your program and its goals for compensating victims in fiscal year (FY) 2026. Note: An applicant is **not** required to submit performance data with the application. Rather, performance measure information is included to provide notice that award recipients will be required to submit performance data as part of each award's reporting requirements.

### Project Evaluations

An applicant that proposes to use award funds to conduct project evaluations must follow the guidance on project evaluations.

## Budget and Associated Documentation

### Budget

VOCA formula applicants are not required to submit a budget.

### Budget/Financial Attachments

- **Indirect Cost Rate Agreement (if applicable):** If you have a current, federally approved indirect cost rate, upload your indirect cost rate agreement. Read information about indirect costs.

## Additional Application Components

Attach these in JustGrants:

- **A Statement Regarding Use of Administrative and Training Funds:** A general statement about how applicants intend to use the 5 percent of the award amount allowed for administration and training. See 28 C.F.R. 94.107.
- **State Law Governing the Crime Victim Compensation Program:** Please attach a copy of the most current state law governing the crime victim compensation program.

### Disclosures and Assurances

Read the disclosures and assurances and complete them in JustGrants:

- Disclosure of Lobbying Activities
- Disclosure of Duplication in Cost Items (if applicable)
- DOJ Certified Standard Assurances
- DOJ Certifications
- Applicant Disclosure and Justification – DOJ High-Risk Grantees (if applicable)

## 5. SUBMISSION REQUIREMENTS AND DEADLINES

The DOJ Grant Application Submission Checklist provides instructions for how to submit your application by the deadlines. Executive Order (E.O.) 12372 (Intergovernmental Review of Federal Programs) does not apply to this funding opportunity: read the Application Resource Guide for details. Read OJP's policy for applicants to request late submission due to technical difficulties, severe weather, or natural or manmade disasters.

## 6. APPLICATION REVIEW INFORMATION

OJP will review applications to ensure the information presented is reasonable, understandable, measurable, achievable, and consistent with the goals of the funding opportunity. See the Application Resource Guide for information on the application review process for formula grants, including risk review, and the deciding official.

## 7. AWARD NOTICES

Read about the award notification process.

# 8. POST-AWARD REQUIREMENTS & ADMINISTRATION

Read the Application Resource Guide for more information about standard award terms and conditions, administrative and national policy requirements, and post-award reporting requirements.

# 9. QUESTIONS?

| | |
|---|---|
| **NOFO Contact** | Name: OJP Response Center<br>Phone: 800-851-3420 or 202-353-5556 (TTY for hearing-impaired callers only)<br>Email: OJP.ResponseCenter@usdoj.gov<br>Hours: 9:00 a.m.–5:00 p.m. ET, Monday–Friday |
| **SAM.gov Help Desk** | Website: sam.gov/help<br>Hours: 8 a.m.–8 p.m. ET, Monday–Friday (closed federal holidays) |
| **Grants.gov Help Desk** | Phone: 800-518-4726<br>Email: support@grants.gov<br>Website: grants.gov/support<br>Hours: 24 hours a day, 7 days a week (closed federal holidays) |
| **JustGrants Help Desk** | Phone: 833-872-5175<br>Email: JustGrants.Support@usdoj.gov<br>Hours: 7:00 a.m.–9:00 p.m. ET, Monday–Friday and 9:00 a.m.–5:00 p.m. ET on Saturday, Sunday, and federal holidays. |