OMB No. 1121-0329
Approval Expires 02/28/2027

# OVC FY 2026 Victims of Crime Act (VOCA) Victim Assistance Formula Grant

Grants.gov Funding Opportunity Number: O-OVC-2026-172627

## Application Deadlines in Eastern Time (ET):

1. Complete SF-424 and submit in Grants.gov: **July 8, 2026, by 11:59 p.m. ET**
2. Submit full application in JustGrants: **July 15, 2026, by 8:59 p.m. ET**

Office for Victims of Crime
OVC

## Contents

1. Basic Information ........................................................ 3

2. Eligibility ..................................................................... 5

3. Program Description .................................................. 5

4. Application Contents and Format ............................... 7

5. Submission Requirements and Deadlines .................. 9

6. Application Review Information ................................. 9

7. Award Notices ............................................................ 10

8. Post-Award Requirements & Administration ............ 10

9. Questions? ................................................................. 10

# 1. BASIC INFORMATION

## Purpose of the Funding

The Office of Justice Programs (OJP) is committed to advancing work that furthers the U.S. Department of Justice's (DOJ) mission to keep our country safe and secure and uphold the rule of law and protect the rights of American citizens. OJP provides federal leadership, funding, and other critical resources to directly support law enforcement, combat violent crime, protect American children, provide services to American crime victims, and address public safety challenges, including human trafficking and the opioid crisis.

This is a notice of funding opportunity (NOFO) for the **OVC FY 2026 Victims of Crime Act (VOCA) Victim Assistance Formula Grant**. This opportunity provides an annual VOCA victim assistance grant to all states and most territories to provide subgrants to local organizations and public agencies that provide services directly to crime victims. Examples of services provided include crisis counseling, telephone and onsite information and referrals, criminal justice support and advocacy, shelter, therapy, and additional assistance.

For fiscal year (FY) 2026, the amount available to the Office for Victims of Crime (OVC) for obligation from the Crime Victims Fund is $1,950,000,000. Of this amount, $1,291,565,110 is allocated by the VOCA formula for victim assistance grants. Each state, the District of Columbia, the U.S. Virgin Islands, and Puerto Rico receive a base amount of $500,000. The territories of the Northern Mariana Islands, Guam, and American Samoa each receive a base amount of $200,000. Additional funds are distributed to states and territories based on population according to the U.S. Census Bureau.

During the award acceptance process in JustGrants, each applicant must agree to the following award condition, which satisfies the VOCA requirements at 34 U.S.C. § 20103(a)(2) and 34 U.S.C. § 20110(h) that states make certain certifications:

*VOCA Requirements*

The recipient assures that the State and its subrecipients will comply with the conditions of the Victims of Crime Act of 1984, sections 1404(a)(2), 1404(b)(1) and (2), and 34 U.S.C. § 20103(a)(2) and (b)(1) and (2) (and the applicable program guidelines and regulations), as required. Specifically, the State certifies that funds under this award will—

a) be awarded only to eligible victim assistance organizations, 34 U.S.C. § 20103(a)(2);

b) not be used to supplant State and local public funds that would otherwise be available for crime victim assistance, 34 U.S.C. § 20103(a)(2), or for administering the state victim assistance program, 34 U.S.C. § 20110(h); and

c) be allocated in accordance with program guidelines or regulations implementing 34 U.S.C. § 20103(a)(2)(A) and 34 U.S.C. § 20103(a)(2)(B) to, at a minimum, assist victims in the following categories: sexual assault, child abuse, domestic violence, and underserved victims of violent crimes as identified by the State.

Award funds will be used only to provide services to victims of crime, except for a maximum of 5 percent that may be used for administration and training. See 34 U.S.C. § 20103(b)(3) and 28 C.F.R. 94.107.

States and territories have the sole discretion to determine which organizations will receive subawards, subject to the requirements of VOCA; the Victim Assistance Program Rule at 28 C.F.R. part 94, subpart B; government-wide grant rules at 2 C.F.R. part 200 (as adopted by DOJ); and the DOJ Grants Financial Guide.

The VOCA Victim Assistance Program Rule describes the program requirements and types of programs and activities that states and territories are able to support with VOCA Victim Assistance grant funds.

See the Eligible Applicants section for eligibility details.

## Funding Details

| | |
|---|---|
| **Announcement Type** | Initial |
| **Assistance Listing Number** | 16.575 |
| **Statutory Authority** | 34 U.S.C. § 20103(a) |
| **Grants.gov Opportunity Number** | O-OVC-2026-172627 |
| **Expected Total Amount of Funding** | $1,291,565,110 |
| **Anticipated Number of Awards** | 56 |
| **Award Type(s)** | Grant |
| **Anticipated Award Amount** | See VOCA Formula Allocation Chart |
| **Expected Award Period(s)** | 48 months starting on October 1, 2025 |

## Key Dates and Times

| | |
|---|---|
| **NOFO Release Date** | May 29, 2026 |
| **SAM.gov Registration/Renewal** | Begin the process as soon as possible and no later than June 23, 2026 |
| **Step 1: Grants.gov Deadline** | 11:59 p.m. ET on July 8, 2026 |
| **Step 2: JustGrants Deadline** | 8:59 p.m. ET on July 15, 2026 |
| **Anticipated Notification Date** | By September 30, 2026 |

See Questions? at the end of this NOFO for agency contact information.

# 2. ELIGIBILITY

## Eligible Applicants

The types of entities that are eligible to apply are:

**Government Entities**

- State governments

**Cost Sharing (Match) Requirement:** This NOFO does **not** require cost sharing (match).

# 3. PROGRAM DESCRIPTION

## Statutory Authority

34 U.S.C. § 20103(a)

## Agency Funding Priorities

In order to advance public safety and help meet its mission, OJP's priorities include:

a. Directly supporting law enforcement operations (including immigration law enforcement operations);
b. Combatting violent crime;
c. Supporting services to American citizens;
d. Protecting American children; and
e. Supporting American victims of trafficking and sexual assault.

**Unallowable Activities:** The following are certain unallowable costs and certain activities that are out of the program scope and will not be funded.

1. Out of program scope is any program or activity, at any tier that, directly or indirectly, violates (or promotes or facilitates the violation of) federal immigration law (including 8 U.S.C. § 1373) or impedes or hinders the enforcement of federal immigration law—including by failing to comply with 8 U.S.C. § 1373, give access to DHS agents, or honor DHS requests and provide requested notice to DHS agents.

2. Out of program scope is any program or activity, at any tier that violates any applicable Federal civil rights or nondiscrimination law. This includes violations that (1) indirectly violate the law, including by promoting or facilitating violations; or (2) unlawfully favor individuals in any race or protected group, including on a

majority or minority, or privileged or unprivileged, basis, within a given area, population, or sector.

3. As specified in the DOJ Grants Financial Guide, in Chapter 3.13 “Unallowable Costs” (“Legal Services for Aliens”), any obligations of funds, at any tier, under this award to provide (or to support the provision of) legal services to any removable alien or any alien otherwise unlawfully present in the United States shall be unallowable costs for purposes any award made under this notice, but the foregoing shall not be understood to apply: (1) to legal services to obtain protection orders for victims of crime; or (2) to immigration-related legal services that may be expressly authorized or required by any law, or any judicial ruling, governing or applicable to the award.

## Goals and Objectives of This Funding Opportunity

**Goal 1: Improve the treatment of victims of crime by providing victims with the assistance, support, and services necessary to aid their restoration and healing after a criminal act.**

- **Objective 1:** Support state and territory crime victim assistance programs.
- **Objective 2:** Provide subgrants to local organizations and public agencies that provide services to crime victims.

For a description of how awards under this NOFO will contribute to achieving these goals and objectives, see the Performance Reports section below.

## Expected Outcomes

OJP expects recipients to submit deliverables and performance reports, as described below. Read the Application Resource Guide for more information. OJP will measure success by reviewing a recipient’s submission of performance reports and data and the extent to which project implementation reflects progress toward the goals and objectives of this NOFO.

### Deliverables

Recipients do not need to submit any deliverables other than the standard items in the Post-Award Requirements and Administration section.

### Performance Reports

OJP requires recipients to submit regular performance reports that communicate progress toward achieving Program Goals and Objectives. Read information on performance reporting.

A list of performance measure questions for this funding opportunity can be found at VOCA Victim Assistance Performance Measures.

# 4. APPLICATION CONTENTS AND FORMAT

## Application Contents List

The table below lists the contents for your application. Refer to the DOJ Grant Application Submission Checklist for application instructions.

| Application Item | Submission Type |
|---|---|
| **Step 1: Grants.gov** | |
| Application for Federal Assistance: SF-424 | Online Form |
| **Step 2: JustGrants** | |
| Standard Applicant Information | Online Form |
| Data Requested With Application<br>• Financial Management and System of Internal Controls Questionnaire (including Applicant Disclosure of High-Risk Status) | Online Form |
| Proposal Narrative | Attachment |
| Other Budget/Financial Attachments<br>• Indirect Cost Rate Agreement (if applicable) | Attachment |
| Additional Application Components<br>• A Statement Regarding Use of Administrative and Training Funds<br>• Civil Rights Compliance Reporting<br>• Monitoring of Subawards<br>• Statement Regarding Plan to Subgrant Funds | Attachment |

## Standard Applicant Information

Review and edit as needed the information imported from the SF-424 submitted in Grants.gov. Add ZIP codes for areas affected by the project.

## Data Requested With Application

**Financial Management and System of Internal Controls Questionnaire (including Applicant Disclosure of High-Risk Status)**

Review information on this questionnaire.

## Proposal Narrative

### Format of the Proposal Narrative

Submit the narrative as an attachment in JustGrants. The document should:

- Be double-spaced, using a standard 12-point size font
- Have no less than 1-inch margins
- Have numbered pages
- Not exceed 10 pages

### Sections of the Proposal Narrative

The Proposal Narrative must include a brief description of the State Administering Agency and the VOCA Victim Assistance formula grant program, describing the program and its goals for serving victims in FY 2026.

### Project Evaluations

An applicant that proposes to use award funds to conduct project evaluations must follow the guidance on project evaluations.

## Budget and Associated Documentation

### Budget

VOCA formula applicants are not required to submit a budget.

### Budget/Financial Attachments

- **Indirect Cost Rate Agreement (if applicable):** If you have a current, federally approved indirect cost rate, upload your indirect cost rate agreement. Read information about indirect costs.

## Additional Application Components

Attach these in JustGrants:

- **A Statement Regarding Use of Administrative and Training Funds:** A general statement about how applicants intend to use the 5 percent of the award amount allowed for administration and training. See 28 C.F.R. 94.107.
- **Civil Rights Compliance Reporting:** The name of a civil rights contact person who is responsible for ensuring that all applicable civil rights requirements are met and who will act as liaison in civil rights matters with the OJP Office for Civil Rights.
- **Monitoring of Subawards:** A subaward monitoring plan for FY 2026, including an explanation of whether your agency met its monitoring goals for FY 2025. If your agency did not meet or is not meeting its monitoring goals, please explain.
- **Statement Regarding Plan to Subgrant Funds:** A statement containing the following:

- A copy of the documented methodology for selecting subrecipients that will apply to FY 2026 VOCA Victim Assistance funding.
- A copy of any completed strategic plan applicable to FY 2026 VOCA Victim Assistance funding.
- A document that describes (to the extent not already addressed in the items above) the following:
  - Efforts to assess victim services needs in the state or territory.
  - How subawards will be made, including the extent to which new awards will be made and the extent to which awards to existing subgrantees will be modified. If a planning process is underway or anticipated regarding the delivery of victim services, please describe that process.
  - How the state or territory will try to ensure that subrecipients meet the VOCA organizational capacity requirements. See 28 C.F.R. 94.112(b) and 34 U.S.C. § 20103(b)(1)(B) (requiring subrecipients to show a record of effective services to victims of crime and financial support from non-Crime Victims Fund sources, or in lieu of this record, show substantial financial support from non-Crime Victims Fund sources).

### Disclosures and Assurances

Read the disclosures and assurances and complete them in JustGrants:

- Disclosure of Lobbying Activities
- Disclosure of Duplication in Cost Items (if applicable)
- DOJ Certified Standard Assurances
- DOJ Certifications
- Applicant Disclosure and Justification – DOJ High-Risk Grantees (if applicable)

## 5. SUBMISSION REQUIREMENTS AND DEADLINES

The DOJ Grant Application Submission Checklist provides instructions for how to submit your application by the deadlines. Executive Order (E.O.) 12372 (Intergovernmental Review of Federal Programs) does not apply to this funding opportunity: read the Application Resource Guide for details. Read OJP's policy for applicants to request late submission due to technical difficulties, severe weather, or natural or manmade disasters.

## 6. APPLICATION REVIEW INFORMATION

OJP will review applications to ensure the information presented is reasonable, understandable, measurable, achievable, and consistent with the goals of the funding

opportunity. See the Application Resource Guide for information on the application review process for formula grants, including risk review, and the deciding official.

# 7. AWARD NOTICES

Read about the award notification process.

# 8. POST-AWARD REQUIREMENTS & ADMINISTRATION

Read the Application Resource Guide for more information about standard award terms and conditions, administrative and national policy requirements, and post-award reporting requirements.

# 9. QUESTIONS?

| | |
|---|---|
| **NOFO Contact** | Name: OJP Response Center<br>Phone: 800-851-3420 or 202-353-5556 (TTY for hearing-impaired callers only)<br>Email: OJP.ResponseCenter@usdoj.gov<br>Hours: 9:00 a.m.–5:00 p.m. ET, Monday–Friday |
| **SAM.gov Help Desk** | Website: sam.gov/help<br>Hours: 8 a.m.–8 p.m. ET, Monday–Friday (closed federal holidays) |
| **Grants.gov Help Desk** | Phone: 800-518-4726<br>Email: support@grants.gov<br>Website: grants.gov/support<br>Hours: 24 hours a day, 7 days a week (closed federal holidays) |
| **JustGrants Help Desk** | Phone: 833-872-5175<br>Email: JustGrants.Support@usdoj.gov<br>Hours: 7:00 a.m.–9:00 p.m. ET, Monday–Friday and 9:00 a.m.–5:00 p.m. ET on Saturday, Sunday, and federal holidays. |