OMB No. 1121-0329
Approval Expires 02/28/2027

# OVC FY 2026 Technology to Support Services for Victims of Crime

Grants.gov Funding Opportunity Number: O-OVC-2026-172618

## Application Deadlines in Eastern Time (ET):

1. Complete SF-424 and Submit in Grants.gov: **June 23, 2026, by 11:59 p.m. ET**
2. Submit full application in JustGrants: **June 29, 2026, by 8:59 p.m. ET**

Office for Victims of Crime
OVC

# Contents


1. Basic Information ........................................................ 3
2. Eligibility ........................................................ 4
3. Program Description ........................................................ 5
4. Application Contents and Format ........................................................ 7
5. Submission Requirements and Deadlines ........................................................ 12
6. Application Review Information ........................................................ 12
7. Award Notices ........................................................ 13
8. Post-Award Requirements & Administration ........................................................ 13
9. Questions? ........................................................ 13

# 1. BASIC INFORMATION

## Purpose of the Funding

The Office of Justice Programs (OJP) is committed to advancing work that furthers the U.S. Department of Justice's (DOJ) mission to keep our country safe and secure and uphold the rule of law and protect the rights of American citizens. OJP provides federal leadership, funding, and other critical resources to directly support law enforcement, combat violent crime, protect American children, provide services to American crime victims, and address public safety challenges, including human trafficking and the opioid crisis.

This is a notice of funding opportunity (NOFO) for the **OVC FY 2026 Technology to Support Services for Victims of Crime**. This opportunity supports projects that create, expand, or enhance the use of technology by victim service organizations to improve interaction with crime victims, elevate service quality, and ensure accessibility and responsiveness. This funding is *not intended* to support projects that—

- primarily fund equipment or supply purchases without substantial technological development components.
- procure existing, commercial, off-the-shelf technology solutions.
- duplicate existing services or products.
- include active investigation or prosecution activities.

**Note:** Applicants may propose projects related to hotlines if the focus of the proposal is on developing an innovative technological infrastructure or expansion and not solely on operations.

See the Eligible Applicants section for eligibility details.

## Funding Details

| | |
|---|---|
| **Announcement Type** | Initial |
| **Assistance Listing Number** | 16.582 |
| **Statutory Authority** | 34 U.S.C. § 20103(c)(1)(A) |
| **Grants.gov Opportunity Number** | O-OVC-2026-172618 |
| **Expected Total Amount of Funding** | $4,400,000 |
| **Anticipated Number of Awards** | 4 |
| **Award Type(s)** | Cooperative Agreement |
| **Anticipated Award Amount** | Up to $1,100,000 |
| **Expected Award Period(s)** | 36 months starting on October 1, 2026 |

## Key Dates and Times

| | |
|---|---|
| **NOFO Release Date** | May 28, 2026 |
| **SAM.gov Registration/Renewal** | Begin the process as soon as possible and no later than June 10, 2026 |
| **Step 1: Grants.gov Deadline** | 11:59 p.m. ET on June 23, 2026 |
| **Step 2: JustGrants Deadline** | 8:59 p.m. ET on June 29, 2026 |
| **Anticipated Notification Date** | By September 30, 2026 |

See Questions? at the end of this NOFO for agency contact information.

# 2. ELIGIBILITY

## Eligible Applicants

The types of entities that are eligible to apply are:

**Government Entities**
- State governments
- County governments
- City or township governments
- Special district governments
- Native American Tribal governments (federally recognized)
- Native American Tribal governments (other than federally recognized)

**Educational Organizations**
- Public and state-controlled institutions of higher education
- Private institutions of higher education

**Public Housing Organizations**
- Public housing authorities
- Indian housing authorities

**Nonprofit Organizations**
- Nonprofits having a 501(c)(3) status with the Internal Revenue Service (IRS), other than institutions of higher education
- Nonprofits that do not have a 501(c)(3) status with the IRS, other than institutions of higher education

**Other**
- Other units of local government

**“Other” Entities Definition:**

- **Other Units of Local Government:** Other units of local government include towns, boroughs, parishes, villages, or other general purpose political subdivisions of a state.

**Cost Sharing (Match) Requirement:** This NOFO does **not** require cost sharing (match).

**Limit on Number of Applications:** An applicant may submit only one application in response to the NOFO.

Applications under which two or more entities (project partners) would carry out the federal award will be considered. However, only one entity may be the applicant for the NOFO; any others must be proposed as subrecipients. An entity may be proposed as a subrecipient in more than one application.

# 3. PROGRAM DESCRIPTION

## Statutory Authority

34 U.S.C. § 20103(c)(1)(A)

## Agency Funding Priorities

To help meet its mission, OJP may give priority consideration to applications proposing (as applicable within the scope of this NOFO) projects designed to advance the goals listed below:

(a) Directly supporting law enforcement operations (including immigration law enforcement operations);
(b) Combatting violent crime;
(c) Supporting services to American citizens;
(d) Protecting American children; and
(e) Supporting American victims of trafficking and sexual assault.

**Note:** Addressing these priorities is one of many factors that OJP considers in making funding decisions. Receiving priority consideration does not guarantee funding.

**Unallowable Activities:** The following are certain unallowable costs and certain activities that are out of the program scope and will not be funded.

1. Out of program scope is any program or activity, at any tier that, directly or indirectly, violates (or promotes or facilitates the violation of) federal immigration law (including 8 U.S.C. § 1373) or impedes or hinders the enforcement of federal immigration law—including by failing to comply with 8 U.S.C. § 1373, give access to DHS agents, or honor DHS requests and provide requested notice to DHS agents.

2. Out of program scope is any program or activity, at any tier that violates any applicable Federal civil rights or nondiscrimination law. This includes violations that (1) indirectly violate the law, including by promoting or facilitating violations; or (2) unlawfully favor individuals in any race or protected group, including on a majority or minority, or privileged or unprivileged, basis, within a given area, population, or sector.

3. As specified in the DOJ Grants Financial Guide, in Chapter 3.13 “Unallowable Costs” (“Legal Services for Aliens”), any obligations of funds, at any tier, under this award to provide (or to support the provision of) legal services to any removable alien or any alien otherwise unlawfully present in the United States shall be unallowable costs for purposes any award made under this notice, but the foregoing shall not be understood to apply: (1) to legal services to obtain protection orders for victims of crime; or (2) to immigration-related legal services that may be expressly authorized or required by any law, or any judicial ruling, governing or applicable to the award.

## Goals and Objectives of this Funding Opportunity

**Goal 1: To support the use of technology to improve the overall effectiveness, accessibility, and coordination of victim services by strengthening infrastructure, building organizational capacity, and enhancing service delivery systems.**

- **Objective 1:** Develop or expand the use of technology to enhance victims’ access to services, foster innovation and efficiency in the provision of services, improve the quality of services, and improve the accessibility and responsiveness of victim service organizations.
- **Objective 2:** Leverage and enhance technology to develop organizational capacity to support data collection needs, support victims of crime in new and innovative ways that protect victims’ rights, and enhance victim safety and confidentiality.
- **Objective 3:** Collaborate with community stakeholders, victim service providers, subrecipient organizations (if applicable), and other allied professionals on the technology needs to best serve victims.
- **Objective 4:** Produce a roadmap detailing (1) the technological gaps in services to be addressed by the proposed project; (2) identifying if the proposed project will enhance or expand existing services; (3) a description of the technical tools or features to be developed; and (4) a strategy to measure project effectiveness in achieving the identified outcomes.

For a description of how awards under this NOFO will contribute to achieving these goals and objectives, see the Performance Reports section below.

## Expected Outcomes

OJP expects recipients to submit deliverables and performance reports, as described below. Read the Application Resource Guide for more information. OJP will measure success by reviewing a recipient's submission of performance reports and data and the extent to which project implementation reflects progress toward the goals and objectives of this NOFO.

### Deliverables

Recipients do not need to submit any deliverables other than the standard items in the Post-Award Requirements and Administration section.

### Performance Reports

OJP requires recipients to submit regular performance reports that communicate progress toward achieving Program Goals and Objectives. Read information on performance reporting.

A list of performance measure questions for this funding opportunity can be found at https://ovc.ojp.gov/funding/performance-measures/tvs-questionnaire.pdf.

**Substantial Involvement of Federal Agency:** OJP expects to make some or all awards under this NOFO as cooperative agreements, which allows OJP to have substantial involvement in carrying out the project. Read the Application Resource Guide for a discussion of this involvement and related award conditions.

# 4. APPLICATION CONTENTS AND FORMAT

## Application Contents List

OJP will only consider applications that contain all required parts, which are marked ***Required*** below. Refer to the DOJ Grant Application Submission Checklist for application instructions.

| Application Item | Submission Type |
|---|---|
| **Step 1: Grants.gov** | |
| Application for Federal Assistance: SF-424 ***Required*** | Online Form |
| **Step 2: JustGrants** | |
| Standard Applicant Information ***Required*** | Online Form |
| Proposal Abstract | Text Box |

| | |
|---|---|
| Data Requested With Application<br>• Financial Management and System of Internal Controls Questionnaire (including Applicant Disclosure of High-Risk Status)<br>• Agency Funding Priorities Inventory | Online Form |
| Proposal Narrative ***Required*** | Attachment |
| Budget ***Required*** | Online Form |
| Other Budget/Financial Attachments<br>• Indirect Cost Rate Agreement (if applicable)<br>• Consultant Rate (if applicable)<br>• Limitation on Use of Award Funds for Employee Compensation for Awards Over $250,000; Waiver (if applicable) | Attachment |
| Additional Application Components<br>• Curriculum Vitae or Resumes<br>• Tribal Authorizing Resolution (if applicable) | Attachment |

In addition to the items marked ***Required*** in the table above, the following are considered basic minimum requirement elements that are considered in the responsiveness review:

- The application is submitted by an eligible applicant.
- The requested award amount does not exceed the award ceiling.
- The application is responsive to the scope of the NOFO.

## Standard Applicant Information *Required*

Review and edit as needed the information imported from the SF-424 submitted in Grants.gov. Add ZIP codes for areas affected by the project.

## Proposal Abstract

In JustGrants, enter a proposal abstract (limited to 2,000 characters) summarizing the proposed project. As abstracts for funded projects are public, do not include any personally identifying information (*e.g.,* staff names). The abstract should include the following information:

- The name of the applicant's proposed project.
- The purpose of the proposed project (*i.e.*, what the project will do and why it is necessary).
- Where the project will take place (*i.e.*, the service area, if applicable).

- Who will be served by the project (*i.e.*, who will be helped or have their needs addressed by the project).
- What activities will be carried out to complete the project.
- The subrecipient(s)/partner organizations or entities, if known.
- Deliverables and expected outcomes (*i.e.*, what the project will achieve).

View an example of a proposal abstract.

## Data Requested With Application

**Financial Management and System of Internal Controls Questionnaire (including Applicant Disclosure of High-Risk Status)**

Review information on this questionnaire.

**Agency Funding Priorities Inventory**

Applicants seeking priority consideration under the Agency Funding Priorities section should answer the inventory questions in their entirety in the web-based form in JustGrants.

## Proposal Narrative *Required*

**Format of the Proposal Narrative**

Submit the narrative as an attachment in JustGrants. The document should:

- Be double-spaced, using a standard 12-point size font
- Have no less than 1-inch margins
- Have numbered pages
- Not exceed 10 pages

Tables, charts, and graphs may be included in the Proposal Narrative and can be created in a legible font smaller than 12-point. These items will count toward the page limit.

If the Proposal Narrative does not follow this format, OJP may reduce the score/ranking of the application.

**Sections of the Proposal Narrative**

The Proposal Narrative must include the four sections listed below. If you want priority consideration, the Proposal Narrative must state which priority(ies) your project will advance and describe how it will do so.

**1. Description of the Need (5%):** What critical issue or problem do you propose to address with this project? Please include:

- A brief explanation of the need, gap, or issue to be addressed by the proposed project.

- Supporting information, data, or evidence to demonstrate the need's existence, size, and impact on the target population and community.
- How the need relates to the purpose of the NOFO.

**2. Project Goals and Objectives (15%):** How will the proposed project address the need identified and address the purpose of the NOFO? Please include:

- Project goals (goals are broad, visionary statements on what you hope to accomplish).
- Project objectives (objectives are specific outcomes you plan to achieve through project activities).
- How your project goals and objectives relate to the goals and objectives of the funding opportunity.

**3. Project Design and Implementation (35%):** How will you implement project activities that meet the project goals and objectives? Please include:

- What activities you will conduct to achieve the proposed goals and objectives.
- How you will deliver or complete those activities.
- When the activities will take place.
- Who in your organization will staff the activities, including key staff.
- Who will participate in and benefit from the activity.
- What deliverables, reports, and other items will be produced as part of the project.
- If you plan to use subrecipients to help conduct the project, please name them (if they are known) or describe how you will identify them. Please describe their role in conducting project activities.

**4. Capabilities and Competencies (30%):** What administrative and technical capacity and expertise do you bring to successfully complete this project? Please include:

- A short description of your capacity to deliver the proposed project and meet the post-award requirements, if funded.
- A description of projects or activities your organization has conducted, or is currently conducting, that demonstrate your ability to undertake the proposed project activities.
- A summary of relevant experience of team members with key responsibilities for implementing the project.

**Project Evaluations:** An applicant that proposes to use award funds to conduct project evaluations must follow the guidance on project evaluations.

## Budget and Associated Documentation

### Budget (15%) *Required*

Use the Budget Detail Worksheet (Web-Based Form) to submit the budget. Read information on budget preparation and JustGrants Application Submission Training.

- List each cost needed to implement the project under the appropriate cost category.
- Clearly name and describe each cost.
- Show the computation of each cost (*e.g.*, cost per unit, number of units, and total cost).
- Enter narrative, as needed, to explain the cost calculations and connection to your project goals, objectives, and activities.
- Include only costs that are reasonable, allocable, and necessary to implement the project. They must be allowable under the funding statute and agency requirements.[1]

The following information specific to this funding opportunity will help you develop your project budget. Grantees receiving funding under this NOFO will be able to incur the following **allowable costs**:

- Salary and fringe benefits for project staff.
- Technology development staff or contractors.
- Cloud infrastructure and development environments.
- User testing and pilot implementation.
- Limited equipment essential to the development/testing of the technology solution.
- Project evaluation, if it is limited and not the focus of the project. An applicant that proposes to use award funds to conduct project evaluations must follow the guidance on project evaluations.

OVC funding **may not** be used for—

- criminal defense services,
- law enforcement investigation or prosecution activities,
- cash payments to crime victims,
- prevention and education programs **except** those provided to victims of crime, or
- research studies (except user research and testing directly related to technology development).

[1] See 2 C.F.R. Part 200, Subpart E and the DOJ Grants Financial Guide. Read information on unallowable costs that apply to all funding opportunities.

**Budget/Financial Attachments**

- **Indirect Cost Rate Agreement (if applicable):** If the budget includes indirect costs calculated using a current, federally approved indirect cost rate, upload your indirect cost rate agreement. Read information about indirect costs.
- **Consultant Rate (if applicable):** Read information on limits to consultant rates and whether you need to request approval to exceed those limits.
- **Limitation on Use of Award Funds for Employee Compensation for Awards Over $250,000; Waiver (if applicable):** Read information on this limitation and to determine whether you need to submit a waiver.
- **Disclosure of Process Related to Executive Compensation (if applicable):** Applicants to this funding opportunity are not required to provide this disclosure.

### Additional Application Components

Attach these in JustGrants:

- **Curriculum Vitae or Resumes:** Provide resumes of key personnel who will work on the proposed project or a description of the experience and skills of key personnel necessary to implement the project.
- **Tribal Authorizing Resolution (if applicable):** Read information on whether you may need to submit a Tribal Authorizing Resolution.

### Disclosures and Assurances

Read the disclosures and assurances and complete them in JustGrants:

- Disclosure of Lobbying Activities
- Disclosure of Duplication in Cost Items (if applicable)
- DOJ Certified Standard Assurances
- DOJ Certifications
- Applicant Disclosure and Justification – DOJ High-Risk Grantees (if applicable)

## 5. SUBMISSION REQUIREMENTS AND DEADLINES

The DOJ Grant Application Submission Checklist provides instructions for how to submit your application by the deadlines. Executive Order (E.O.) 12372 (Intergovernmental Review of Federal Programs) does not apply to this funding opportunity: read the Application Resource Guide for details. Read OJP's policy for applicants to request late submission due to technical difficulties, severe weather, or natural or manmade disasters.

## 6. APPLICATION REVIEW INFORMATION

The Application Resource Guide explains the responsiveness review, review criteria, and review and selection process, including risk review, and deciding official. Refer to the Application Contents List for all required application components and other basic

minimum requirement elements that are considered in the responsiveness review. The Proposal Narrative and Budget sections of this NOFO indicates the weight of peer review criteria.

# 7. AWARD NOTICES

Read about the award notification process.

# 8. POST-AWARD REQUIREMENTS & ADMINISTRATION

Read the Application Resource Guide for more information about: standard award terms and conditions, administrative and national policy requirements, and post-award reporting requirements.

# 9. QUESTIONS?

| | |
|---|---|
| **NOFO Contact** | Name: OJP Response Center<br>Phone: 800-851-3420 or 202-353-5556 (TTY for hearing-impaired callers only)<br>Email: OJP.ResponseCenter@usdoj.gov<br>Hours: 9:00 a.m.–5:00 p.m. ET, Monday–Friday |
| **SAM.gov Help Desk** | Website: sam.gov/help<br>Hours: 8 a.m.–8 p.m. ET Monday–Friday (closed federal holidays) |
| **Grants.gov Help Desk** | Phone: 800-518-4726<br>Email: support@grants.gov<br>Website: grants.gov/support<br>Hours: 24 hours a day, 7 days a week (closed federal holidays) |
| **JustGrants Help Desk** | Phone: 833-872-5175<br>Email: JustGrants.Support@usdoj.gov<br>Hours: 7:00 a.m.–9:00 p.m. ET, Monday–Friday and 9:00 a.m.–5:00 p.m. ET on Saturday, Sunday, and federal holidays. |